IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN NIXON,<br>　　　Plaintiff | ) | |
| | ) | |
| | ) | |
| 　　　　v. | ) | CIVIL ACTION NO. 05-101 ERIE |
| | ) | |
| NORFOLK SOUTHERN CORPORATION | ) | |
| and NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, INC., | ) | |
| 　　　Defendants | ) | |

## AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this _____ day of _____, 2005, upon consideration of the Joint Motion for Amendment of Case Management Order and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated June 20, 2005, is hereby reaffirmed subject to the following amendments:

1.　　The parties shall complete discovery (other than expert witnesses) on or before January 19, 2006.

2.　　Plaintiff Nixon shall serve his expert disclosures on or before March 3, 2006, and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. shall serve their expert disclosures on or before March 31, 2006.

3.　　The parties shall complete expert depositions on or before April 21, 2006.

- 2 -

4.      The parties shall file dispositive motions, if any, on or before May 15, 2006, responses in opposition to said motions on or before June 12, 2006, replies in support of said motions on or before June 27, 2006, and a Joint Concise Statement of Material Facts on or before June 20, 2006, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

5.      If no dispositive motions are filed, plaintiff's pretrial narrative statement shall be filed on or before June 1, 2006, and defendants' pretrial narrative statement shall be filed on or before June 22, 2006.

6.      All other provisions of the original Case Management Order dated June 20, 2005, remain unchanged and continue in full force and effect.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge