IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-101 ERIE<br>) |
| NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>Defendants | )<br>)<br>)<br>)<br>) |

## SECOND AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this 25th day of January, 2006, upon consideration of the Second Joint Motion for Amendment of Case Management Order and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated June 20, 2005, as amended by Amended Case Management Order dated October 24, 2005, is hereby reaffirmed subject to the following amendments:

1. The parties shall complete discovery (other than expert witnesses) on or before April 19, 2006.

2. Plaintiff Nixon shall serve his expert disclosures on or before June 1, 2006, and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. shall serve their expert disclosures on or before June 29, 2006.

3. The parties shall complete expert depositions on or before July 20, 2006.

4. The parties shall file dispositive motions, if any, on or before August 15, 2006, responses in opposition to said dispositive motions on or before September 12, 2006, replies in support of said dispositive motions on or before September 26, 2006, and a Joint Concise Statement of Material Facts on or before October 10, 2006, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

5. If no dispositive motions are filed, plaintiff's pretrial narrative statement shall be filed on or before August 29, 2006, and defendants' pretrial narrative statement shall be filed on or before September 20, 2006.

6. All other provisions of the original Case Management Order dated June 20, 2005, remain unchanged and continue in full force and effect.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge