IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>　　Plaintiff<br><br>　　　v.<br><br>NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>　　Defendants | )<br>)<br>)<br>)   CIVIL ACTION NO. 05-101 ERIE<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

AND NOW, to-wit, this ____ day of March, 2006, upon consideration of the Agreed Protective Order filed by all parties,

IT IS ORDERED that the Agreed Protective Order is hereby APPROVED and that the parties are hereby directed to follow the procedures, protections, restrictions and obligations set forth therein.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Maurice B. Cohill, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge