IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-101 ERIE |
| | ) |
| NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>Defendants | )<br>)<br>)<br>) |

### ORDER

AND NOW, to-wit, this 27th day of March, 2006, upon consideration of the Agreed Protective Order filed by all parties,

IT IS ORDERED that the Agreed Protective Order is hereby APPROVED and that the parties are hereby directed to follow the procedures, protections, restrictions and obligations set forth therein.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge