IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>Plaintiff | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 05-101 ERIE<br>) |
| NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>Defendants | )<br>)<br>)<br>) |

## THIRD AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this 26th day of June, 2006, upon consideration of the Third Joint Motion for Amendment of Case Management Order and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated June 20, 2005, as amended by Amended Case Management Order dated October 24, 2005, and the Second Amended Case Management Order dated January 25, 2006, is hereby reaffirmed subject to the following amendments:

1.  The parties shall complete discovery (other than expert witnesses) on or before August 11, 2006.

2.  Plaintiff Nixon shall serve his expert disclosures on or before September 11, 2006, and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. shall serve their expert disclosures on or before October 9, 2006.

3.  The parties shall complete expert depositions on or before October 23, 2006.

4.   The parties shall file dispositive motions, if any, on or before November 20, 2006, responses in opposition to said dispositive motions on or before December 20, 2006, replies in support of said dispositive motions on or before January 3, 2007, and a Joint Concise Statement of Material Facts on or before January 10, 2007, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

5.   If no dispositive motions are filed, plaintiff's pretrial narrative statement shall be filed on or before December 18, 2006, and defendants' pretrial narrative statement shall be filed on or before January 8, 2007.

6.   All other provisions of the original Case Management Order dated June 20, 2005, remain unchanged and shall continue in full force and effect.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge