IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>    Plaintiff<br><br>        v.<br><br>NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>    Defendants | CIVIL ACTION NO. 05-101 ERIE<br><br><br>ELECTRONICALLY FILED |

**FINAL JOINT MOTION FOR**
**AMENDMENT OF CASE MANAGEMENT ORDER**

      Plaintiff ROBIN NIXON, by his attorneys, Segel & Solymosi, and defendants NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, INC. (more properly known as "Norfolk Southern Railway Company"), by their attorneys, MacDonald, Illig, Jones & Britton LLP, file this Final Joint Motion for Amendment of Case Management Order and state the following in support thereof:

      1.      This civil action involves a common law negligence claim by plaintiff Robin Nixon (hereinafter "Nixon") against defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. for personal injuries arising out of an accident that occurred on or about April 27, 1997, in the City of Erie, Pennsylvania when Nixon, who then was age 12, alleges that while riding a bicycle, he grabbed onto a slowly-moving eastbound train, lost control and fell under the train. (Complaint).

2. On June 26, 2006, this Honorable Court issued a Third Amended Case Management Order that, inter alia, established a pretrial schedule by which all discovery (other than expert witnesses) was to be completed on or before August 11, 2006; plaintiff's expert disclosures were to be served on or before September 11, 2006; defendants' expert disclosures were to be served on or before October 9, 2006; expert depositions were to be completed on or before October 23, 2006; dispositive motions, if any, were to be filed on or before November 20, 2006; responses in opposition to dispositive motions were to be filed on or before December 20, 2006; any replies in support of dispositive motions were to be filed on or before January 3, 2007; a Joint Concise Statement of Material Facts was to be filed on or before January 10, 2007; and, if no dispositive motions are filed, plaintiff's pretrial narrative statement was to be filed on or before December 18, 2006, and defendants' pretrial narrative statement was to be filed on or before January 8, 2007. (Third Amended Case Management Order dated 6/26/06).

3. The parties have been engaging in pretrial discovery in this case through interrogatories, requests for production of documents and several depositions to date, but need a final extension of time within which to complete their remaining discovery, by depositions and otherwise, in order to properly prepare their respective cases for trial, given scheduling difficulties with respect to depositions requested by plaintiff Nixon.

4. There have been only three prior requests for an extension of time to complete pretrial discovery, and this civil action has not yet been scheduled for trial.

5. In view of the additional discovery required by both parties, plaintiff Nixon and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. jointly seek a final extension of time until January 19, 2007, within which to complete discovery (other

- 3 -

than expert witnesses), and the issuance of a Final Amended Case Management Order revising other dates in the pretrial schedule consistent therewith.

WHEREFORE, plaintiff Robin Nixon and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. respectfully request this Honorable Court to extend the time for completion of discovery (other than expert witnesses) until January 19, 2007, and to issue a Final Amended Case Management Order that revises other dates in the pretrial schedule consistent therewith.

                Respectfully submitted,

                SEGEL & SOLYMOSI

                By    s/ Tibor R. Solymosi
                     Tibor R. Solymosi, Esquire
                     818 State Street
                     Erie, Pennsylvania 16501
                     (814) 454-1500

                     Attorneys for Plaintiff
                       Robin Nixon

- 4 -

      s/ Roger H. Taft
Roger H. Taft
PA 19983/NY 2876456
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7603
(814) 454-4647 (facsimile)
rtaft@mijb.com

Attorneys for Defendants
   Norfolk Southern Corporation and Norfolk
   Southern Railway Company, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2006, the foregoing Final Joint Motion for Amendment of Case Management Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.



s/ Roger H. Taft
Roger H. Taft, Esq.