IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN NIXON,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 05-101 ERIE |
| NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>) | FILED ELECTRONICALLY |

## FINAL AMENDED CASE MANAGEMENT ORDER

AND NOW, to-wit, this _____ day of November, 2006, upon consideration of the Final

Joint Motion for Amendment of Case Management Order and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated June 20, 2005, as

amended, is hereby reaffirmed subject to the following amendments:

1.      The parties shall complete discovery (other than expert witnesses) on or before

January 19, 2007.

2.      Plaintiff Nixon shall serve his expert disclosures on or before February 16, 2007,

and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc.

shall serve their expert disclosures on or before March 16, 2007.

3.      The parties shall complete expert depositions on or before March 30, 2007.

4.      The parties shall file dispositive motions, if any, on or before April 30, 2007,

responses in opposition to said dispositive motions on or before May 30, 2007, replies in support

- 2 -

of said dispositive motions on or before June 13, 2007, and a Joint Concise Statement of Material

Facts on or before June 20, 2007, in accordance with LR 56.1 of the Local Civil Rules of the

United States District Court for the Western District of Pennsylvania.

5.      If no dispositive motions are filed, plaintiff's pretrial narrative statement shall be

filed on or before May 30, 2007, and defendants' pretrial narrative statement shall be filed on or

before June 20, 2007.

6.      All other provisions of the original Case Management Order dated June 20, 2005,

remain unchanged and shall continue in full force and effect.

 

                                                      Maurice B. Cohill, Jr.
                                  Senior United States District Judge