IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>    Plaintiff<br><br>       v.<br><br>NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 05-101 ERIE<br>)<br>)<br>)<br>)<br>)  FILED ELECTRONICALLY |

## ORDER EXTENDING TIME TO COMPLETE EXPERT DEPOSITIONS

AND NOW, to-wit, this ____ day of April, 2007, upon consideration of the Joint Motion for Extension of Time to Complete Expert Depositions and for the reasons set forth therein,

IT IS ORDERED that the original Case Management Order dated June 20, 2005, as amended, is hereby reaffirmed, subject to the following amendments:

1. The parties shall complete expert depositions on or before May 25, 2007.

2. The parties shall file dispositive motions, if any, on or before June 25, 2007, responses in opposition to said dispositive motions on or before July 25, 2007, replies in support of said dispositive motions on or before August 8, 2007, and a Joint Concise Statement of Material Facts on or before August 15, 2007, in accordance with LR 56.1 of the Local Civil Rules of the United States District Court for the Western District of Pennsylvania.

- 2 -

3. If no dispositive motions are filed, plaintiff's pretrial narrative statement shall be filed on or before July 25, 2007, and defendants' pretrial narrative statement shall be filed on or before August 14, 2007.

4. All other provisions of the original Case Management Order dated June 20, 2005, remain unchanged and shall continue in full force and effect.

                                                                                    _____
                                                                                    Maurice B. Cohill, Jr.
                                                                                    Senior United States District Judge