IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 05-101 ERIE<br>) |
| NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)   ELECTRONICALLY FILED |

## **ORDER**

AND NOW, to-wit, this _____ day of _____, 2007, upon consideration of the Motion for Summary Judgment on Behalf of Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc., including the pretrial record filed in support thereof, as well as the opposition thereto filed by plaintiff Robin Nixon, and it appearing that there are no genuine issues as to any material fact and defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. are entitled to judgment as a matter of law with respect to all claims set forth in the Complaint,

IT IS ORDERED that the Motion for Summary Judgment on Behalf of Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. is hereby GRANTED and that summary judgment is hereby entered in favor of defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. and against plaintiff Robin Nixon with respect to all claims set forth in the Complaint.

- 2 -

_____
                Senior United States District Judge