**Tab I**
**Glenn Deposition Exhibit**
**Nos. 1 (excerpt), 3 (5/30/06)**



**NORFOLK SOUTHERN** ®

**Western Region**

# Lake Division

**Effective Sunday, August 7, 1994**

**1:01 A.M. Eastern Standard Time**

**Timetable Number**

# 3

**For The Government of Employees Only**



DEPOSITION
EXHIBIT 1
Glenn
5-23-06

PENGAD 800-631-6989

## 9-b. SPEED RESTRICTIONS BY DISTRICT (Cont'd)

| LOCATION AND CONDITIONS | MAXIMUM Speed Miles Per Hour All Trains and Engines |
|---|---|
| **BUFFALO DISTRICT (Cont'd)** | |
| Between State Street, M.P. B87.9 and Cranberry St., M.P. B89.5 . . . . . . . . . . . . . . . . . . | 15 |
| Curve between M.P. B96.3 and M.P. B96.5 . . . . . | 50 |
| On bridge at Swanville, M.P. B96.7 . . . . . . . . . . . | 25 |
| Curve between M.P. B102.5 and M.P. B102.7 . . . | 50 |
| Curve between M.P. B103.3 and M.P. B103.7 . . . | 50 |
| On bridge at Girard, M.P. B103.9 . . . . . . . . . . . . . | 25 |
| Curve between M.P. B104.6 and M.P. B104.9 . . . | 50 |
| Conneaut between M.P. B115.4 and M.P. B115.8 (Engines only) . . . . . . . . . . . . | 25 |
| Conneaut between Orange St., M.P. B115.8 and Parrish M.P. B117.2 . . . . . . . . . . . . . . . . . | 20 |
| Through turnouts at both ends and through sidings at Silver Creek, Pomfret, Ripley, and Swanville . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 |
| Through turnout at East CT and Woodworth. . . . | 25 |
| P. A. Siding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 |
| **CLEVELAND DISTRICT** | |
| Between Conneaut and Bellevue . . . . . . . . . . . . . . | 60 |
| Except: | |
| Orange St., M.P. B115.8 and Parrish, M.P. B117.2 | 20 |
| Between KG M.P. B128.0 and M.P. B129.9 . . . . | 35 |
| Curve between M.P. B153.5 and M.P. B153.8 . . | 50 |
| Painesville between Bank St., M.P. B154.3 and Chestnut St., M.P. B155.9 (Engines only). . . . . . | 30 |
| Curves between M.P. B164.2 and M.P. B165.3 . . | 50 |
| Wickliffe, between M.P. B169.0 and M.P. B170.0 (Engines only) . . . . . . . . . . . . | 35 |
| Curve between M.P. B174.6 and M.P. B174.8 . . . | 50 |
| Cleveland: | |
| Between Wayside Rd., M.P. B174.9 and London Rd., M.P. B175.0 (engines only) . . . . . . | 35 |
| Curves between M.P. B178.0 and M.P. B178.6 . . | 45 |
| Between Euclid Ave., M.P. B178.6 and W. 110th St., M.P. B188.8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |
| Except: | |
| Curve between M.P. B183.9 and M.P. B184.8 . | 25 |
| Curves between M.P. B184.8 and M.P. B185.4 . | 35 |
| M.P. B188.8 and M.P. B194.5 (Ordinance) . . . | 35 |
| Between Colorado Avenue, M.P. B209.8 and Oberlin Ave., M.P. B211.3 . . . . . . . . . . . . . . | 35 |
| Through turnouts at UD, Leavitt, KM, Kimball . . | 45 |
| Through turnouts at end of double track at Cloggsville, Avon Lake and Root Road . . . . . | 40 |
| Through power crossover at East Cleveland M.P. B179.0 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 |
| Through Conneaut Siding . . . . . . . . . . . . . . . . . . . . | 45 |
| Through turnout at Reed . . . . . . . . . . . . . . . . . . . . . | 45 |
| Through turnout at NP . . . . . . . . . . . . . . . . . . . . . . | 25 |
| Through Ashtabula Siding . . . . . . . . . . . . . . . . . . . | 25 |
| Through turnout at Sanborn . . . . . . . . . . . . . . . . . | 25 |
| Through turnout at Unionville . . . . . . . . . . . . . . . . | 25 |
| Through Madison Siding . . . . . . . . . . . . . . . . . . . . | 35 |
| Through turnout at West MA . . . . . . . . . . . . . . . . | 25 |

## 9-b. SPEED RESTRICTIONS BY DISTRICT (Cont'd)

| LOCATION AND CONDITIONS | MAXIMUM Speed Miles Per Hour All Trains and Engines |
|---|---|
| **CLEVELAND DISTRICT (Cont'd)** | |
| Through turnout both ends and through siding at Perry, Clague, Shinrock and Avery . . . . . . . . . . | 25 |
| Painesville, through old siding and turnouts . . . . . | 10 |
| All yard tracks Cleveland Terminal . . . . . . . . . . . . | 10 |
| South Lorain connecting track and all tracks in South Lorain Yard . . . . . . . . . . . . . . . . . . . . . . . | 10 |
| Shinrock Connections and Huron Yard . . . . . . . . . | 10 |
| Oakpoint - All tracks Ford Facility . . . . . . . . . . . . | 10 |
| **FAIRPORT BRANCH** | |
| M.P. PA0.0 to M.P. PA5.5. . . . . . . . . . . . . . . . . . . | 20 |
| M.P. PA5.5 to M.P. PA8.8. . . . . . . . . . . . . . . . . . . | 15 |
| **Note** - Yard speed applies to all movements. | |
| **CLEVELAND BELTLINE BRANCH** | |
| Between Mahoning Road, M.P. CB0.0 and West Third St., M.P. CB0.7 . . . . . . . . . . . . . . | 10 |
| West Third St., M.P. CB0.7 and Cloggsville Connection, M.P. CB8.8 . . . . . . . . | 15 |
| Knob-Conrail Wye Track . . . . . . . . . . . . . . . . . . . | 15 |
| **Note** - Yard speed applies to all movements. | |
| **BELLEVUE TERMINAL** | |
| Kimball, M.P. B240.2 to St. Rt. 99, M.P. B242.2 | 60 |
| Except through turnout side of switch for Track No. 1 and curve at M.P. B240.2. . . . . . . . | 45 |
| From first switch west of St. Route 99 to signal B243.0 - Track 2 . . . . . . . . . . . . . . . . . . | 15 |
| Through turnouts and crossovers just east of and west of St. Rt. 99 M.P. B242.1 . . . . . . . . . | 25 |
| St. Rt. 99 to Bragg Road - Track 1. . . . . . . . . . . | 25 |
| Bragg Road, M.P. B246.0 to Harkness Street (South By-pass) . . . . . . . . . . . . . . . . . . . . . . . . . . | 25 |
| Harkness St., M.P. B247.9 and M.P. B248.7 . . . . | 25 |
| Track E2 through track & turnout at East End . . | 25 |
| All turnouts in Mini-Plant . . . . . . . . . . . . . . . . . . . | 15 |
| On curve between M.P. B248.7 and M.P. B249.2 | 40 |
| M.P. B249.2 to M.P. B254.0 . . . . . . . . . . . . . . . . . | 60 |
| Through New Haven Connection (Sandusky Dist./Fostoria Dist.) . . . . . . . . . . . . . | 10 |
| Between M.P. S96 and M.P. S97 . . . . . . . . . . . . . | 20 |
| Between M.P. S97 and M.P. S105.9 . . . . . . . . . . . | 40 |
| Through Conrail interlocking M.P. S109.3. . . . . . . | 10 |
| Transfer tracks, Conrail Interchange, Sandusky . . . | 10 |
| Between M.P. T50.7 and M.P. T53.0. . . . . . . . . . . | 30 |
| Except between M.P. T50.7 and M.P. T53.0 (Engine only) . . . . . . . . . . . . . . . . . . . . . . . . . | 20 |
| M.P. T53.4 to M.P. T54.7. . . . . . . . . . . . . . . . . . . | 25 |
| Bellevue, through all connecting tracks . . . . . . . . . | 15 |
| East and West Legs of Wye at Duckunder - Route 4 . | 10 |
| **FOSTORIA DISTRICT** | |
| Between: | |
| Bellevue, M.P. B248.7, and NE M.P. B365.4 . . . | 60 |
| Except: | |
| Curve between M.P. B248.7 and M.P. B249.2 | 40 |
| Curves between M.P. B279.8 and M.P. B281.2 | 40 |

NORFOLK SOUTHERN

FORM CT25A (REV. 5/93)
(247050)

## STATEMENT OF TRAIN AND ENGINE CREWS

This form is to be used by all members of train and engine crews in rendering statements concerning accidents in which trains or engines are involved with vehicles or outsiders. The statement must be completed by all crew members and promptly mailed or delivered to Division Superintendent.

Place of accident __19TH ST. & SASSAFRAS__ Division __LAKE__

Date of accident __4-27-97__ ,19___ Time __12:30 PM__

Train No. __Y47L1__ Speed of Train __8 MPH__ Direction __EASTBOUND__ Weather __overcast__

Was horn sounded? __Yes__ Bell Ringing? __yes__

Was stationary headlight burning? __yes__ Bright __yes__ Dim _____

Was locomotive equipped with ditchlight? ☑Yes ☐No   If so, was ditchlight operating? __yes__

Damage to Railway equipment __None__

Make of Vehicle __N/A__ Year _____ License No. _____

Direction of Vehicle _____ Speed _____MPH

Driver_____ Age_____ Address_____

Owner _____ Address _____

Other occupants, ages, and addresses _____

_____

Damage to Vehicle _____

Were there any injuries?  Yes __✓__  No _____

Type of crossing protection __Gates with flashers__ Operating? Yes __✓__ No _____

Condition of Crossing __OK__

Where were you at time of accident? __Lead unit NS 8669__

Describe accident (include type and place of brake application, when vehicle, trespasser, pedestrian, or injured person first seen, etc.)

Aproching west end of Dean Siding when dispatcher called and told us to our train immediatly and that we had hit a child. I started walking back, until picked me up and gave me a ride to Sassafras st. waited at location until released by T.M. Morgan and Police Dept.

Name and addresses of outside witnesses _____

_____

PENGAD 800-631-6989

DEPOSITION
EXHIBIT
3
Glenn
5-23-06

Did police investigate accident?  Yes __✓__  No ___ (check) State ___ County ___ City __✓__

Signature __Robert B. Glenn__

Address __229 Mill St. Conneaut, OH__

Date __4-27-97__ , 19___ Occupation __Conductor__ Age __32__

**Tab J**
**Price Deposition Exhibit No. 1 (5/30/06)**

FORM CT25A (REV. 5/93)
(247050)

## STATEMENT OF TRAIN AND ENGINE CREWS

This form is to be used by all members of train and engine crews in rendering statements concerning accidents in which trains or engines are involved with vehicles or outsiders. The statement must be completed by all crew members and promptly mailed or delivered to Division Superintendent.

Place of accident _19TH ST + SASSAFRAS ST_ Erie, Penn. Division _LAKE_

Date of accident _04-27-97_ ,19 _97_ Time _1230pm_

Train No. _Y-47_ Speed of Train _8mph_ Direction _EAST_ Weather _Overcast_

Was horn sounded? _yes_ Bell Ringing? _yes_

Was stationary headlight burning? _yes_ Bright _yes_ Dim _____

Was locomotive equipped with ditchlight? ☑Yes ☐ No If so, was ditchlight operating? _yes_

Damage to Railway equipment _None_

---

Make of Vehicle _NA_ Year _____ License No. _____

Direction of Vehicle _____ Speed _____MPH

Driver _____ Age _____ Address _____

Owner _____ Address _____

Other occupants, ages, and addresses _____

Damage to Vehicle _____

Were there any injuries? Yes _✓_ No _____

**DEPOSITION EXHIBIT 1**
_Puce_
_5-23-06_
PENGAD 800-631-6989

Type of crossing protection _GATes with flashons_ Operating? Yes _✓_ No _____

Condition of Crossing _ok_

---

Where were you at time of accident? _Lead uNiT (8669)_

Describe accident (include type and place of brake application, when vehicle, trespasser, pedestrian, or injured person first seen, etc.)

_approching west end of Dean siding dispaTcher- called us and said "we Ran some one over in Erie stop our Train", I Then applied The automaTic brake and stopped. Train stayed at maT place until we were released. by Police and Tm. morgan._

Name and addresses of outside witnesses _____

---

Did police investigate accident? Yes _✓_ No _____ (check) State _____ County _____ City _✓_

Signature _Timothy Puce_

Address _11075 W. middle Rd. Lake City, PA_

Date _April 27_ , 19 _97_ Occupation _Engineer_ Age _28_

**Tab K**
**Answer Nos. 2, 3, 4, 5, 8, 9, 15 and 16**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN NIXON, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-101 ERIE |
| | ) | |
| NORFOLK SOUTHERN CORPORATION | ) | |
| and NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, INC., | ) | |
| Defendants | ) | |

## ANSWERS AND OBJECTIONS TO
## INTERROGATORIES DIRECTED TO DEFENDANTS,
## NORFOLK SOUTHERN CORPORATION AND NORFOLK
## SOUTHERN RAILWAY COMPANY, INC. (FIRST SET)

Defendants NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, INC. (more properly known as "Norfolk Southern Railway Company"), by their attorneys, MacDonald, Illig, Jones & Britton LLP, serve these Answers and Objections to Interrogatories Directed to Defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. (First Set).

2.    Was the Defendant the owner of the train on which Robin Nixon grabbed onto on West 19th Street near the intersection of Sassafras Streets in Erie, Pennsylvania on April 27, 1997?

ANSWER:    No.    The eastbound train, alleged by plaintiff Robin Nixon (hereinafter "Nixon") to have been involved in the April 27, 1997 accident near the intersection of West 19th Street and Sassafras Street in the City of Erie, Pennsylvania, was owned by Norfolk and Western Railway Company, a Virginia corporation that subsequently merged into Norfolk Southern Railway Company, effective September 1, 1998.

3.    Identify the owner or owners of the railroad tracks and the right-of-way on which the locomotive was operating at the time of the incident set forth in the Complaint.

ANSWER:    On April 27, 1997, Norfolk and Western Railway Company, a Virginia Corporation that subsequently merged into Norfolk Southern Railway Company, effective September 1, 1998, was the owner of the tracks and the limited right-of-way on which the eastbound train, alleged by plaintiff Nixon to have been involved in the April 27, 1997 accident near the intersection of West 19th Street and Sassafras Street in the City of Erie, Pennsylvania, was operating at the time of the accident.

4.    Identify the person, firm or other entity that maintained the right-of-way described in the Complaint.

ANSWER:    Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company object to this Interrogatory No. 4 which is unclear with respect to its reference to, "the right-of-way described in the Complaint."

- 2 -

Without waiving that Objection and assuming that Interrogatory No. 4 refers to the limited right-of-way on which the railroad tracks were located along West 19th Street between State Street and Cherry Street in the City of Erie, Pennsylvania, as of April 27, 1997, Norfolk and Western Railway Company, a Virginia corporation that subsequently merged into Norfolk Southern Railway Company, effective September 1, 1998, maintained the railroad tracks and that limited right-of-way. As of April 27, 1997, the City of Erie maintained West 19th Street along both sides of the railroad tracks and the limited right-of-way.

5.    Identify the crew members on-board the train at the time of the accident referred to in the Complaint, including the following information for each crew member:

      (a)    Name;

      (b)    Home address;

      (c)    Job title and length of time in that capacity on the date of the incident;

      (d)    Whether the individual is still in Defendant's employ;

      (e)    If the employee is no longer Defendant's employee, set forth the date of termination and the reason employment was terminated.

ANSWER:    The following persons were crew members on the eastbound train, alleged by plaintiff Nixon to have been involved in the April 27, 1997 accident near the intersection of West 19th Street and Sassafras Street in the City of Erie, Pennsylvania:

> Robert B. Glenn, Conductor
> 1120 Sunrise Drive
> Conneaut, OH 44030

- 3 -

Timothy T. Price, Engineer
29953 Halifax Road
Wickliffe, OH 44092

At the time of the April 27, 1997 accident, Glenn had been a Conductor since November 8, 1995,

and Price had been an Engineer since November 26, 1990.   Both Glenn and Price still are

employed by Norfolk Southern Railway Company.

8.    Did any of the crew members on this train involved in the accident see children on bicycles alongside the tracks prior to the accident? If so, please state:

    (a)    His location on the train;

    (b)    The speed of the train;

    (c)    The location of the children; and

    (d)    What he said or did.

    <u>ANSWER</u>:   No.


9.    Had there been problems with children grabbing onto railcars as they rode the bicycles along the 19th Street tracks in Erie, Pennsylvania during the ten year period prior to April 27, 1997. If so, state:

    (a)    The date of each incident; and

    (b)    What happened on each occasion.

    <u>ANSWER</u>:   Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company object to this Interrogatory No. 9 which is overbroad, unduly burdensome and oppressive; which would require an unreasonable search; and which seeks irrelevant information that is beyond the scope of permissible discovery under Rule 26(b)(1) of the Federal Rules of Civil Procedure. The accident that provides the basis for this lawsuit occurred more than eight years ago.

- 5 -

Without waiving that Objection, defendants Norfolk Southern Corporation and Norfolk Southern Railway Company do not have any records indicating that there were "problems" with children grabbing onto railcars of moving trains while riding bicycles on West 19th Street near the railroad tracks between State Street and Cherry Street in the City of Erie, Pennsylvania during the period from January 1, 1992 to April 27, 1997.

15.    With the exception of the April 27, 1997 accident, has any train owned or controlled by the Defendant been involved in a similar incident as described in the Complaint at any location prior to that date?

ANSWER:    Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company object to this Interrogatory No. 15 which is overbroad, unduly burdensome and oppressive; which would require an unreasonable search; and which seeks irrelevant information that is beyond the scope of permissible discovery under Rule 26(b)(1) of the Federal Rules of Civil Procedure. The accident that provides the basis for this lawsuit occurred more than eight years ago. Norfolk Southern Corporation and Norfolk Southern Railway Company also object to Interrogatory No. 15 as it is unclear as to the meaning of "similar incident described in the Complaint."

Without waiving those Objections and assuming that "similar incident described in the Complaint refers to a child who was injured as a result of grabbing onto a railcar of a moving train while riding a bicycle, defendants Norfolk Southern Corporation and Norfolk

Southern Railway Company do not have any records of any children being injured after grabbing onto railcars of moving train while riding bicycles on West 19th Street between State Street and Cherry Street in the City of Erie, Pennsylvania during the period from January 1, 1992 to August 27, 1997.

16.    List the date of each complaint received by the Defendant from any person or organization concerning dangerous conditions of its tracks and/or right-of-way on West 19th Street between State Street and Cherry Street during the ten year period prior to the complaint.

ANSWER:    Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company object to this Interrogatory No. 16 which is overbroad, unduly burdensome and oppressive; which would require an unreasonable search; and which seeks irrelevant information that is beyond the scope of permissible discovery under Rule 26(b)(1) of the Federal Rules of Civil Procedure. The accident that provides the basis for this lawsuit occurred more than eight years ago. Norfolk Southern Corporation and Norfolk Southern Railway Company also object to any inference that the April 27, 1997 accident was caused by a "dangerous conditions" of the tracks and/or the limited right-of-way along West 19th Street between State Street and Cherry Street in the City of Erie, Pennsylvania.

Without waiving that Objection and assuming that "dangerous conditions" refers to children grabbing onto railcars of moving trains while riding bicycles on West 19th Street between State Street and Cherry Street in the City of Erie, Pennsylvania, defendants Norfolk Southern Corporation and Norfolk Southern Railway Company do not have any records of any complaints from any person or agency regarding any such "dangerous conditions" during the

period from January 1, 1992 to April 27, 1997. Furthermore, see the Answers to Interrogatory

Nos. 9 and 15 above.

Respectfully submitted,

_____

Roger H. Taft
PA 19983/NY 2876456
Lisa Smith Presta
PA 65527
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600

Attorneys for Defendants
Norfolk Southern Corporation and Norfolk
Southern Railway Company, Inc.

## AFFIDAVIT

| | |
|---|---|
| STATE OF VIRGINIA | ) |
| | ) ss: |
| CITY OF NORFOLK | ) |

Before me, a Notary Public in and for said County and State, personally appeared M. Eugene Pandlis, who, being duly sworn according to law, deposes and says that he is Manager, Claims Litigation for Norfolk Southern Railway Company and that the foregoing Answers and Objections to Interrogatories Directed to Defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. (First Set) are true and correct based on his personal knowledge or on information provided by others that he reasonably believes to be true and correct.

_M. Eugene Pandlis_
M. Eugene Pandlis

Sworn to and subscribed before me

this 12th day of December, 2005.

_Bernadett L. Williams_
Notary Public
My Commission Expires October 31, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Answers and Objections to Interrogatories Directed to Defendants, Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. (First Set) were served upon the following attorney of record for plaintiff Robin Nixon, via Hand-Delivery addressed as follows, this 19TH day of December, 2005:

> Tibor R. Solymosi, Esq.
> Segel & Solymosi
> 818 State Street
> Erie, PA 16501

_____
Roger H. Taft, Esq.

**Tab L**
**Train Consist - NS Train Y47-L2-26 (4/27/97)**

NORFOLK SOUTHERN

This TRAIN CONTAINS THE FOLLOWING "KEY-TRAIN" HAZARDOUS MATERIALS LOADS:
```
*******************************************************************************
*                                                                             *
*                                    IN              SET-OUT/PICK-UP           *
*                                   TRAIN      _____   _____  _____  _____     *
*  POISON INHALATION HAZARD (HZ A OR B)  0 (PIH)  _____  _____  _____  _____   *
*  DIVISION 1.1 OR 1.2 (EXPLOSIVES A)    0 (XA)   _____  _____  _____  _____   *
*  DIVISION 2.1      (FLAMMABLE GAS)     0 (FG)   _____  _____  _____  _____   *
*  ENVIRONMENTALLY SENSITIVE CHEMICALS   0 (ESC)  _____  _____  _____  _____   *
*                                                                             *
*                              TOTAL:     0       _____  _____  _____  _____   *
*******************************************************************************
```

L2  OUT  BELLEVUE   OH    00248 0345A
L2  IN   CONNEAUT   OH    00116 0825A
CAR HANDLING REPORT FOR TRAIN Y47-L2-26    DIRECTION: OUT       PAGE 01 OF ___
    DEPARTED  BELLEVUE OH   04/27/97 06:25 AM    PRINTED 04/27/97 09:01 AM
CONDUCTOR:                        ON DUTY: _____  OFF DUTY: _____
153 CARS = 153 LDS   000 MTYS  19,376 TONS   7,818 FEET   **CARS SET OUT**
LNE INIT NUMBER CMDTY TON CLASS   HAND CONSIGNE DEST/OFFJCT TIME   TRACK LINE

| LNE | INIT | NUMBER | CMDTY | TON | CLASS | HAND | CONSIGNE | DEST/OFFJCT | | TIME | TRACK | LINE |
|-----|------|--------|-------|-----|-------|------|----------|-------------|--|------|-------|------|
| 000 | NS | E08669 | E | | 000 | | | | | _____ | _____ | _____ |
| 000 | NS | E06620 | E | | 000 | | | | | _____ | _____ | _____ |
| 000 | NS | E08594 | E | | 000 | | | | | _____ | _____ | _____ |
| 001 | NW | 116047 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 002 | NW | 008819 | BCOAL | 122 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 003 | NS | 324998 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 004 | NW | 005353 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 005 | NW | 166203 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 006 | NW | 009156 | BCOAL | 122 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 007 | NW | 006792 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 008 | NS | 307337 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 009 | NW | 145002 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 010 | NW | 144274 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 011 | NW | 011565 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 012 | NS | 320433 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 013 | NS | 366001 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 014 | NS | 307892 | BCOAL | 128 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 015 | NW | 013625 | BCOAL | 126 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 016 | NW | 120225 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 017 | NW | 003216 | BCOAL | 126 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 018 | NS | 317496 | BCOAL | 129 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 019 | SOU | 360495 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |

```
020 NS   334184 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
021 SOU  360012 BCOAL 129 BUFFSB      ABCCOKE  NORTHBIR AL  ____ ____ ____
022 NW   012524 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
023 NS   337088 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
024 NS   316903 BCOAL 130 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
025 NW   012805 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
026 NW   003315 BCOAL 125 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
027 NW   009635 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
028 NW   145923 BCOAL 130 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
029 NW   014627 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
030 NW   145339 BCOAL 137 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
031 NS   039063 BCOAL 135 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
032 NS   022842 BCOAL 139 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
033 NS   032443 BCOAL 132 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
034 NS   028412 BCOAL 135 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
035 NS   028672 BCOAL 135 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
036 NW   145486 BCOAL 130 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
037 NW   005027 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
038 NW   003105 BCOAL 129 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
039 SOU  360509 BCOAL 131 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
040 NW   013913 L    130 BUFFSB       BETSTEEL BUFFALO  NY  ____ ____ ____
041 NS   312579 BCOAL 123 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
042 NW   119286 BCOAL 125 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
043 NW   006675 BCOAL 123 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
044 SOU  077798 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
         RESTRICTED TO EMPTY MOVE ONLY. IF LOAD CALL MECH TO INSPECT.
045 NW   146059 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
046 NW   009148 BCOAL 123 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
047 SOU  360612 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
048 NW   005483 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
049 NW   006702 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
050 NW   093706 BCOAL 125 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
051 NW   119039 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ ____ ____
```

| 053 | NS | 303009 | BCOAL | 127 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 054 | SOU | 360056 | BCOAL | 127 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 055 | SOU | 351588 | BCOAL | 133 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 056 | NW | 146021 | BCOAL | 132 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 057 | NS | 318701 | BCOAL | 129 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 058 | NS | 317857 | BCOAL | 130 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 059 | NW | 144621 | BCOAL | 130 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 060 | NS | 351545 | BCOAL | 135 | BUFFSB | TONCOKE | BUFFALO | NY | _____ _____ _____ |
| 061 | NS | 032005 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 062 | NW | 005944 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 063 | NW | 006705 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 064 | NS | 305087 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 065 | NW | 011260 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 066 | NW | 146242 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 067 | NW | 003484 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 068 | NW | 117334 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 069 | NW | 144360 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 070 | NW | 013118 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 071 | NW | 146410 | BCOAL | 134 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 072 | NW | 093455 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 073 | NW | 117654 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 074 | NS | 317770 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 075 | SOU | 360976 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 076 | NW | 012104 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 077 | NW | 145878 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 078 | NW | 145983 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 079 | NW | 143049 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 080 | NS | 320200 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 081 | NS | 312684 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 082 | NS | 333276 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 083 | NW | 009492 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 084 | NW | 009993 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |

| 086 | NW | 005391 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 087 | NS | 320509 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 088 | NW | 144254 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 089 | NW | 009585 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 090 | NW | 116476 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 091 | NW | 011049 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 092 | NS | 304826 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 093 | NW | 145227 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 094 | NW | 004655 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 095 | NW | 146119 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 096 | NW | 010391 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 097 | NS | 331748 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 098 | NS | 337070 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 099 | NW | 146127 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 100 | NS | 310833 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 101 | NS | 319857 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 102 | NW | 010627 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 103 | NW | 144228 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 104 | SOU | 360627 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 105 | NW | 005770 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 106 | NW | 144152 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 107 | NW | 005576 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 108 | NW | 146415 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 109 | NW | 004167 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 110 | NS | 336971 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 111 | NW | 012168 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 112 | NW | 013266 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 113 | NS | 320514 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 114 | NW | 066124 | BCOAL | 111 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 115 | NW | 006993 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 116 | NW | 009839 | BCOAL | 122 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |
| 117 | NW | 005736 | BCOAL | 122 | BUFFSB | BETSTEEL | BUFFALO | NY | _____ _____ _____ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 119 | NW | 132341 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 120 | NS | 336452 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 121 | NW | 012019 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 122 | NW | 145645 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 123 | NS | 304233 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 124 | NW | 008638 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 125 | SOU | 360511 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 126 | SOU | 360750 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 127 | NW | 144613 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 128 | NS | 303415 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 129 | NW | 006972 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 130 | NW | 145914 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 131 | NW | 117894 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 132 | NS | 375765 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 133 | NS | 307775 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 134 | NW | 134240 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 135 | NW | 144964 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 136 | NS | 319846 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 137 | NS | 320764 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 138 | SOU | 360528 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 139 | NW | 013862 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 140 | NS | 028424 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 141 | NW | 145635 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 142 | NW | 008848 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 143 | NS | 023132 | BCOAL | 133 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 144 | NS | 031847 | L | 129 | BUFFSB | ADMIRE | LAMBERTS | VA | |
| 145 | NS | 039253 | BCOAL | 133 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 146 | NS | 026642 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 147 | NS | 028810 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 148 | NS | 021396 | BCOAL | 134 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 149 | NS | 030984 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | |
| 150 | NS | 026911 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | |

45 MPH SPEED RESTRICTION IF NOT IN SOLID EMPTY TRAIN

```
152 SOU   303415 L      133 BUFFCO        BETSTEEL BUFFALO  NY ____ _____ _____

153 NS    023396 BCOAL 136 BUFFCO         PDCCCBIL LAMBERTP VA ____ _____ _____


                  LOADS   EMPTIES   NET TONS   LT WT   GROSS TONS   LENGTH
TRAIN TOTALS:      153      000      14769     04607     19376      07818
AHEAD RADIO:       000      000      00000     00000     00000      00000
              TOTALS DO  N O T  INCLUDE UNITS AND/OR CABOOSES
```

**Tab M
Statement of Equipment Inspection -
NS Train Y47-L2-26 (4/27/97)**

NS NORFOLK SOUTHERN

FORM ME-610 (REV. 6/93)
Item # 578926

STATEMENT OF EQUIPMENT INSPECTION — Diesel Electric Unit  *SOU 8669.*
(Initial & No.)

Involved in  *N/A.*
(Description of Accident)

Name of Person (or Company) involved in accident (if known)

Location of Accident  *ERIE. P.A.*

Date of Accident  *4-27-97*                    Time  *Approx 12 30 PM.*

To: _____        *E.B.M.  -Ridge Rd.  M.P. 5.0*
        (Departmental Foreman)            (Location and Date of Inspection)

_____
        (Title)

A.    Inspectors:

              **Foreman**                              **Mechanic**

        Name _____        *D.R. Kolasa  -Carman -N.S.*
        Address _____        *J.H. Szuflita  -Carman  N.S.*
        _____        _____
        Length of Service _____        _____

B.    Equipment Inspected:
        Unit No. *8669.*
        Builder & Model *C-39-8  G.E.*
        Date Built *1987.*

Condition of parts(s) involved in accident or injury:  *N/A.*
_____
_____
_____

C.    Safety Appliances (good or damaged):

        1.    Air Brake Equipment  *Good.*            6.    Ditchlights *Good.*
        2.    Air Horns  *Good.*                      7.    Sanders *Good*
        3.    Bell *Good.*                            8.    Grab Irons *Good*
        4.    Windshield Wipers *Good.*               9.    Steps *Good.*
        5.    Headlights *Good.*                     10.    Other _____

Were these exceptions or defects caused by this accident?  *N/A.*

D.    Other Findings: _____
_____

We, the undersigned, have read the above items, consisting of one page, and find it true and complete.

Witness: _____        Signed: _____
        Name _____            Name _____
        Title _____            Title _____

Witness: _____        Signed: _____
        Name _____            Name _____
        Title _____            Title _____

DISTRIBUTION:    — Original and one copy to District Claim Agent
                — One copy to AVP—Mechanical—Locomotive—Roanoke
                — One copy to Regional Manager
                — Two copies to appropriate Division or Terminal Superintendent

**Tab N**
**Certificate of Merger - Norfolk and Western Railway Company into Norfolk Southern Railway Company and related Articles of Merger (9/1/98)**

0002800 - 1

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### September  1, 1998

The State Corporation Commission finds the accompanying articles
submitted on behalf of

**NORFOLK SOUTHERN RAILWAY COMPANY**

to comply with the requirements of law.  Therefore, it is ORDERED
that this

## CERTIFICATE OF MERGER

be issued and admitted to record with the articles in the office
of the Clerk of the Commission.  Each of the following:

**NORFOLK AND WESTERN RAILWAY COMPANY**

is merged into NORFOLK SOUTHERN RAILWAY COMPANY, which continues
to exist under the laws of VIRGINIA with the name NORFOLK SOUTHERN
RAILWAY COMPANY. The existence of each non-surviving entity
ceases, according to the plan of merger.

The certificate is effective on September  1, 1998.

STATE CORPORATION COMMISSION

By _T. V. Morrison_

Commissioner

MERGACPT
CIS20317
98-08-26-0107

# Commonwealth of Virginia



# State Corporation Commission

# I Certify the Following from the Records of the Commission:

the foregoing is a true copy of the ARTICLES OF MERGER of NORFOLK SOUTHERN RAILWAY COMPANY issued September 01, 1998.

Nothing more is hereby certified.



**Signed and Sealed at Richmond on this Date:** September 03, 1998

*William J. Bridge*

**William J. Bridge, Clerk of the Commission**

CIS20502

**ARTICLES OF MERGER**
**OF**
**NORFOLK AND WESTERN RAILWAY COMPANY**
**INTO**
**NORFOLK SOUTHERN RAILWAY COMPANY** QC ᴿ

Pursuant to Section 13.1-720 of the Code of Virginia, Norfolk Southern Railway Company ("NSR"), a Virginia corporation and the surviving corporation in the merger (the "Merger") of Norfolk and Western Railway Company, a corporation organized under the laws of Virginia, into NSR, hereby sets forth the following Articles of Merger:

FIRST:  Norfolk and Western Railway Company ("NW") shall be merged with and into Norfolk Southern Railway Company ("NSR"), and NSR shall be the surviving corporation, as provided in the Agreement and Plan of Merger dated as of July 15, 1998 (the "Plan of Merger"), a copy of which is attached hereto as Exhibit 1.

SECOND:  Approval of the Plan of Merger by the shareholders of NW and NSR was not required pursuant to Section 13.1-719 of the Code of Virginia because at least ninety percent of the outstanding shares of NW is owned by NSR.  NSR, the parent corporation, is the sole shareholder and owns all the outstanding shares of NW.

1

THIRD:  The Plan of Merger was adopted by resolution of the Board of Directors of NSR by unanimous written action dated July 28, 1998, in lieu of a meeting, in accordance with Sections 13.1-719 and 13.1-685 of the Code of Virginia.

FOURTH:  NSR, the sole shareholder of NW, hereby waives its right to receive a copy of the Plan of Merger.

FIFTH:  The Merger shall become effective and be deemed to be completely consummated on September 1, 1998.


IN WITNESS WHEREOF, we have hereunto set our hands this _25th_ day of _August_, 1998.


NORFOLK SOUTHERN RAILWAY COMPANY

By: _____
        Stephen C. Tobias
        Vice President

ATTEST:

_____
Assistant Corporate Secretary

2

## AGREEMENT AND PLAN OF MERGER

THIS AGREEMENT AND PLAN OF MERGER ("Agreement"), dated as of July 15, 1998 between NORFOLK SOUTHERN RAILWAY COMPANY, a Virginia corporation ("NSRC"), and NORFOLK AND WESTERN RAILWAY COMPANY, a Virginia corporation ("NW") and a subsidiary of NSRC.

### WITNESSETH:

WHEREAS, the authorized capital stock of NW as of the date of this Agreement consists of 60,000,000 shares of Common Stock, par value $8.33⅓ per share, 33,683,996 of which are issued and outstanding ("NW Common Stock");

WHEREAS, as of the date of this Agreement NSRC owns all of the issued and outstanding NW Common Stock;

WHEREAS, this Agreement has been approved and adopted by the Boards of Directors of NSRC and NW;

WHEREAS, the transaction contemplated by this Agreement is intended to constitute a liquidation of NW within the meaning of sections 332 and 337 of the Internal Revenue Code of 1986, as amended.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein, NSRC and NW hereby agree as follows:

1. <u>The Merger</u>. (a) Subject to the terms and conditions contained in this Agreement, at the Effective Time (as

2

hereinafter defined), NW shall be merged with and into NSRC (the "Merger") in accordance with Virginia Code Ann. § 13.1-719, the separate existence of NW shall cease, and NSRC shall continue as the surviving corporation under the laws of the Commonwealth of Virginia (the "Surviving Corporation").  The name of the Surviving Corporation shall be Norfolk Southern Railway Company. The principal office of the Surviving Corporation shall be located in Norfolk, Virginia.

(b)  The Merger shall be effective upon the later of:  (i) the issuance by the State Corporation Commission of the Commonwealth of Virginia of a certificate of merger pursuant to Virginia Code Annotated § 13.1-720; or (ii) such later time as may be specified in the documents filed or issued under (i) of this subsection (b) (the "Effective Time").  At the Effective Time, the Merger shall have the effects stated in Virginia Code Ann. § 13.1-721.

2.  <u>Conversion of Shares</u>.  (a)  At the Effective Time, each then outstanding share of NW Common Stock shall be canceled and retired, and all certificates theretofore representing shares of NW Common Stock shall be canceled and cease to represent any interest in NW.  No payment shall be made with respect to the NW Common Stock and no shares, securities or obligations convertible

3

into shares shall be issued or delivered with respect to the NW Common Stock.

(b)  Each share of stock of NSRC outstanding immediately prior to the Effective Time shall remain outstanding after the Effective Time as an identical share of NSRC, and no shares, securities or obligations convertible into shares of NSRC shall be issued or delivered as a result of the Merger.

3.  <u>Assumption of Obligations</u>.  Pursuant to the Merger, NSRC will assume each and all of NW's obligations, including but not limited to obligations in respect of the NW 4.85% Subordinated Income Debentures due November 15, 2015 and The Virginian Railway Company 6% Subordinated Income Debentures due August 1, 2008 (collectively the "Debentures").  NSRC expressly agrees to assume the due and punctual payment of the principal of, and premium, if any, and interest on, the Debentures, according to their tenor, and the due and punctual performance of all of the covenants and conditions of each and all indentures and supplemental indentures entered into in connection with the Debentures.

4.  <u>Articles of Incorporation and Bylaws; Officers and Directors</u>.  The Merger will not effect any changes in the terms or provisions of the Articles of Incorporation or Bylaws of NSRC. The provisions of the Articles of Incorporation and the Bylaws of

4

NSRC in effect immediately prior to the Effective Time shall be the provisions of the Articles of Incorporation and the Bylaws of the Surviving Corporation. The officers and directors of NSRC holding office immediately prior to the Effective Time shall be the officers and directors of the Surviving Corporation, and they shall serve until their successors are duly appointed or elected.

5. <u>Conditions to the Merger</u>. The obligations of NSRC and NW under this Agreement are subject to and shall be conditioned upon the satisfaction, or waiver (in whole or in part) in writing, of each of the following conditions:

(i) NSRC and NW shall have obtained any necessary approval and authority (without unusual conditions) of the Surface Transportation Board (the "STB") and any other regulatory agency having jurisdiction, or shall have obtained, or shall have complied with such requirements as necessary to avail themselves of any, exemption from regulation by the STB and any other regulatory agency having jurisdiction. Each of such approvals, authorities and exemptions shall remain in full force and effect at the Effective Time and such approvals, authorities and exemptions, and the transactions contemplated hereby, shall not have been contested by any

5

Federal or state governmental agency by formal proceeding; and

(ii) No one or more of NSRC or NW shall be subject to any order, decree or injunction of a court or agency of competent jurisdiction which enjoins or prohibits the consummation of the Merger.

6. Termination. Anything in this Agreement to the contrary notwithstanding, this Agreement may be terminated and the Merger provided for herein may be abandoned any time prior to the Effective Time by mutual agreement of NSRC and NW.

7. Modification of Agreement; Waiver. This Agreement may, subject to applicable law, be amended by action of the Boards of Directors of NSRC and NW and any provision of this Agreement may be waived at any time by the party which is entitled to the benefits thereof.

8. Counterparts. This Agreement may be signed in one or more counterparts, each of which shall be deemed an original.

IN WITNESS WHEREOF, each of the parties hereto has caused this Agreement to be executed on its behalf by its officer thereunto duly authorized as of the day and year first written above.

6

NORFOLK SOUTHERN RAILWAY COMPANY

ATTEST:

By: _____
        Stephen C. Tobias, Vice President

_____
Secretary


NORFOLK AND WESTERN RAILWAY COMPANY

ATTEST:

By: _____
        Stephen C. Tobias, Vice President

_____
Secretary