IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>    Plaintiff<br><br>    v.<br><br>NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.,<br>    Defendants | )<br>)<br>)<br>)  CIVIL ACTION NO. 05-101 ERIE<br>)<br>)<br>)<br>)<br>)  ELECTRONICALLY FILED |

## AFFIDAVIT OF G. WILLIAM BAXTER III

COMMONWEALTH OF PENNSYLVANIA  )
                                             ) ss:
COUNTY OF ERIE                       )

      G. William Baxter III, being duly sworn according to law, deposes and says:

      1.      I reside at 433 Lake Cliff Drive, Erie, Pennsylvania 16511 and am an Associate Professor of Physics at Penn State Behrend. My wife, Aileen S. Baxter, and I were eyewitnesses to the April 27, 1997 accident involving Robin Nixon and an eastbound train near the intersection of West 19th Street and Sassafras Street in the City of Erie, Pennsylvania.

      2.      On Sunday, April 27, 1997, at approximately 12:20 p.m., I was a passenger in the right front seat of a motor vehicle that my wife, Aileen, was operating in a southerly direction on

Sassafras Street. We had just left church and were on our way to Pet Smart on upper Peach Street to pick up some dog supplies.

3. As we approached West 19th Street, I could see the cars of a train traveling in an eastbound direction along the single set of tracks through the middle of West 19th Street. The front of the train had cleared the intersection with Sassafras Street before we arrived. The crossing gates were down, and the crossing lights were flashing. Our vehicle was the first in line behind the gates on the north side of the crossing, waiting for the train to pass.

4. The train was very lengthy, and we were waiting a long time for the train to pass. While we waited, my wife and I discussed how slowly the train was moving.

5. As we continued to wait at the crossing, I observed a young man on a bicycle riding in an easterly direction on the north side of the tracks in the westbound lane of West 19th Street close to the moving train. My wife and I questioned whether he was holding onto the train, but when he reached the east side of the intersection with Sassafras Street, we could see that he was not.

6. Soon thereafter, I saw a second young man who also was riding a bicycle in an easterly direction on the north side of the tracks in the westbound lane of West 19th Street near the moving train. This young man, who I later learned was Robin Nixon, was holding onto something on the side of one of the cars, toward the rear of the car, in order that the train would pull him along. My wife and I both commented that was a dangerous thing to do.

7. When the second young man, Robin Nixon, was in the vicinity of the intersection of Sassafras Street and West 19th Street and still holding onto the train, his bicycle began to wobble, and he fell under the train. It appeared to me that the young man had been injured, but he was reaching under the moving train in an effort to retrieve his bicycle. I opened the car door

and ran to help him.  My wife then drove to Emergicare, which was only a block away, to get a rescue squad to help.  I tended to the young man on the north side of West 19th Street until the ambulance crew arrived, not too long thereafter.

8. The second young man, Robin Nixon, had been holding onto one of the cars toward the rear of the long train.  The train continued to travel in an eastbound direction after he fell off his bicycle and was injured.  I heard one of the police officers, who arrived at the scene at about the same time as the ambulance crew, state that he would notify the railroad that the accident had occurred.  The train passed completely through the Sassafras Street intersection before it stopped.

9. Given that the front end of the train had passed through the Sassafras Street intersection before we arrived at West 19th Street, that the train was very lengthy, and that the young man, Robin Nixon, was holding onto a car toward the rear of the train while riding his bicycle, it was clear that the persons operating the train did not see him holding onto the train and were not aware that the accident had occurred.  From what I observed as an eyewitness, the accident was Robin Nixon's fault.



                                                                s/ G. William Baxter III
                                                                 G. William Baxter III

Sworn to and subscribed before me

this 24th day of June, 2007.

      s/ Gertrude R. Benson
          Notary Public

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2007, the foregoing Affidavit of G. William Baxter III was filed electronically with the Clerk of Court using the Electronic Case Filing system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.



                                                           s/ Roger H. Taft  
                                                           Roger H. Taft, Esq.