IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN NIXON, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 05-101 ERIE |
| | ) | |
| NORFOLK SOUTHERN CORPORATION | ) | |
| and NORFOLK SOUTHERN RAILWAY | ) | |
| COMPANY, INC., | ) | |
| Defendants | ) | ELECTRONICALLY FILED |

## AFFIDAVIT OF GARY E. NELSON

| | | |
|---|---|---|
| STATE OF GEORGIA | ) | |
| | ) | ss: |
| COUNTY OF FULTON | ) | |

Gary E. Nelson, being duly sworn according to law, deposes and says:

1.     I am the Manager Car Administration of Norfolk Southern Railway Company and have an office address of Norfolk Southern Railway Company, Mechanical Department, 1200 Peachtree Street, N.E., Box 184, Atlanta, Georgia 30309.

2.     As Manager Car Administration, I am the custodian of drawings that contain dimensions and other data with respect to certain Norfolk Southern rail cars, including coal cars, utilized by Norfolk Southern Railway Company to make up its trains.

3.     Based on my review of the train consist of Norfolk Southern Train Y47-L2-26 that was involved in the April 27, 1997 accident in the City of Erie, Pennsylvania, I have

attached copies of 13 coal car diagrams (Norfolk Southern Car Class H11R, H11AR, H11BR, H11CR, H11DR, H11ER, H49, H50, H62R, G85R, G86R, G91R and G98R) that represent the types of coal cars that made up the subject train.  A copy of the train consist for Norfolk Southern Train Y47-L2-26 is attached hereto as Exhibit A, and copies of the 13 coal car diagrams are attached hereto as Exhibit B.

4.    These coal cars range from 9 feet, 7-1/8 inches to 9 feet, 7-7/8 inches in width between the outer edges of the sill steps of the cars without consideration of the additional width if the ladders or hand holds that extend out from the sides of the cars are considered.  The width of each of these coal cars exceeds the length of the standard ties utilized by Norfolk Southern Railway Company that measure 8 feet, 6 inches from end of tie to end of tie.



s/ Gary E. Nelson
Gary E. Nelson

Sworn to and subscribed before me

this 25th day of June, 2007.

s/ Gregory B. Jucha
Notary Public

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2007, the foregoing Affidavit of Gary E. Nelson was filed electronically with the Clerk of Court using the Electronic Case Filing system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.



                              s/ Roger H. Taft
                              Roger H. Taft, Esq.

```
THIS TRAIN CONTAINS THE FOLLOWING "KEY-TRAIN" HAZARDOUS MATERIALS LOADS:
*****************************************************************************
*                                                                         *
*                                     IN              SET-OUT/PICK-UP      *
*                                    TRAIN                                 *
* POISON INHALATION HAZARD (HZ A OR B)  0 (PIH)   _____  _____  _____  *
* DIVISION 1.1 OR 1.2 (EXPLOSIVES A)    0 (XA)    _____  _____  _____  *
* DIVISION 2.1     (FLAMMABLE GAS)      0 (FG)    _____  _____  _____  *
* ENVIRONMENTALLY SENSITIVE CHEMICALS   0 (ESC)   _____  _____  _____  *
*                                                                         *
*                               TOTAL:  0         _____  _____  _____  *
*****************************************************************************
 L2  OUT  BELLEVUE  OH    00248 0345A
 L2  IN   CONNEAUT  OH    00116 0825A
CAR HANDLING REPORT FOR TRAIN Y47-L2-26   DIRECTION: OUT      PAGE 01 OF ___
     DEPARTED  BELLEVUE OH   04/27/97 06:25 AM      PRINTED 04/27/97 09:01 AM
CONDUCTOR:                       ON DUTY: _____  OFF DUTY: _____
153 CARS = 153 LDS   000 MTYS  19,376 TONS   7,818 FEET  **CARS SET OUT**
LNE INIT NUMBER CMDTY TON CLASS   HAND CONSIGNE DEST/OFFJCT TIME   TRACK LINE
```

| LNE | INIT | NUMBER | CMDTY | TON | CLASS | HAND | CONSIGNE | DEST/OFFJCT | | TIME | TRACK | LINE |
|-----|------|--------|-------|-----|-------|------|----------|-------------|--|------|-------|------|
| 000 | NS | E08669 | E | 000 | | | | | | _____ | _____ | _____ |
| 000 | NS | E06620 | E | 000 | | | | | | _____ | _____ | _____ |
| 000 | NS | E08594 | E | 000 | | | | | | _____ | _____ | _____ |
| 001 | NW | 116047 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 002 | NW | 008819 | BCOAL | 122 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 003 | NS | 324998 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 004 | NW | 005353 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 005 | NW | 166203 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 006 | NW | 009156 | BCOAL | 122 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 007 | NW | 006792 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 008 | NS | 307337 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 009 | NW | 145002 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 010 | NW | 144274 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 011 | NW | 011565 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 012 | NS | 320433 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 013 | NS | 366001 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 014 | NS | 307892 | BCOAL | 128 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 015 | NW | 013625 | BCOAL | 126 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 016 | NW | 120225 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 017 | NW | 003216 | BCOAL | 126 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 018 | NS | 317496 | BCOAL | 129 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |
| 019 | SOU | 360495 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO | NY | _____ | _____ | _____ |

Exhibit A

```
020 NS   354181 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
021 SOU  360512 BCOAL 129 BUFFSB      TONCOKE  BUFFALO  AL  ____ _____ ____
022 NW   012524 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
023 NS   337088 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
024 NS   316903 BCOAL 130 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
025 NW   012805 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
026 NW   003315 BCOAL 125 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
027 NW   009635 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
028 NW   145923 BCOAL 130 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
029 NW   014627 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
030 NW   145339 BCOAL 137 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
031 NS   039063 BCOAL 135 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
032 NS   022842 BCOAL 139 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
033 NS   032443 BCOAL 132 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
034 NS   028412 BCOAL 135 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
035 NS   028672 BCOAL 135 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
036 NW   145486 BCOAL 130 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
037 NW   005027 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
038 NW   003105 BCOAL 129 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
039 SOU  360509 BCOAL 131 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
040 NW   013913 L     130 BUFFSB      BETSTEEL BUFFALO  NY  ____ _____ ____
041 NS   312579 BCOAL 123 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
042 NW   119286 BCOAL 125 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
043 NW   006675 BCOAL 123 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
044 SOU  077798 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
            RESTRICTED TO EMPTY MOVE ONLY.  IF LOAD CALL MECH TO INSPECT.
045 NW   146059 BCOAL 128 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
046 NW   009148 BCOAL 123 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
047 SOU  360612 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
048 NW   005483 BCOAL 127 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
049 NW   006702 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
050 NW   093706 BCOAL 125 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
051 NW   119039 BCOAL 126 BUFFSB      TONCOKE  BUFFALO  NY  ____ _____ ____
```

Case 1:05-cv-00101-MBC   Document 32   Filed 06/26/2007   Page 6 of 22

| 053 | NS  | 303009 | BCOAL 127 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 054 | SOU | 360056 | BCOAL 127 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 055 | SOU | 351588 | BCOAL 133 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 056 | NW  | 146021 | BCOAL 132 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 057 | NS  | 318701 | BCOAL 129 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 058 | NS  | 317857 | BCOAL 130 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 059 | NW  | 144621 | BCOAL 130 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 060 | NS  | 351545 | BCOAL 135 | BUFFSB | TONCOKE  | BUFFALO | NY | ____ ____ ____ |
| 061 | NS  | 032005 | BCOAL 129 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 062 | NW  | 005944 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 063 | NW  | 006705 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 064 | NS  | 305087 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 065 | NW  | 011260 | BCOAL 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 066 | NW  | 146242 | BCOAL 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 067 | NW  | 003484 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 068 | NW  | 117334 | BCOAL 127 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 069 | NW  | 144360 | BCOAL 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 070 | NW  | 013118 | BCOAL 129 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 071 | NW  | 146410 | BCOAL 134 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 072 | NW  | 093455 | BCOAL 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 073 | NW  | 117654 | BCOAL 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 074 | NS  | 317770 | BCOAL 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 075 | SOU | 360976 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 076 | NW  | 012104 | BCOAL 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 077 | NW  | 145878 | BCOAL 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 078 | NW  | 145983 | BCOAL 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 079 | NW  | 143049 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 080 | NS  | 320200 | BCOAL 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 081 | NS  | 312684 | BCOAL 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 082 | NS  | 333276 | BCOAL 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 083 | NW  | 009492 | BCOAL 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 084 | NW  | 009993 | BCOAL 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 086 | NW | 005321 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 087 | NS | 320509 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 088 | NW | 144254 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 089 | NW | 009585 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 090 | NW | 116476 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 091 | NW | 011049 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 092 | NS | 304826 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 093 | NW | 145227 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 094 | NW | 004655 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 095 | NW | 146119 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 096 | NW | 010391 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 097 | NS | 331748 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 098 | NS | 337070 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 099 | NW | 146127 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 100 | NS | 310833 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 101 | NS | 319857 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 102 | NW | 010627 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 103 | NW | 144228 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 104 | SOU | 360627 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 105 | NW | 005770 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 106 | NW | 144152 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 107 | NW | 005576 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 108 | NW | 146415 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 109 | NW | 004167 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 110 | NS | 336971 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 111 | NW | 012168 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 112 | NW | 013266 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 113 | NS | 320514 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 114 | NW | 066124 | BCOAL | 111 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 115 | NW | 006993 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 116 | NW | 009839 | BCOAL | 122 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |
| 117 | NW | 005736 | BCOAL | 122 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ ____ ____ |

| 119 | NW  | 132341 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 120 | NS  | 336452 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 121 | NW  | 012019 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 122 | NW  | 145645 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 123 | NS  | 304233 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 124 | NW  | 008638 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 125 | SOU | 360511 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 126 | SOU | 360750 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 127 | NW  | 144613 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 128 | NS  | 303415 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 129 | NW  | 006972 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 130 | NW  | 145914 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 131 | NW  | 117894 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 132 | NS  | 375765 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 133 | NS  | 307775 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 134 | NW  | 134240 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 135 | NW  | 144964 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 136 | NS  | 319846 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 137 | NS  | 320764 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 138 | SOU | 360528 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 139 | NW  | 013862 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 140 | NS  | 028424 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 141 | NW  | 145635 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 142 | NW  | 008848 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 143 | NS  | 023132 | BCOAL | 133 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 144 | NS  | 031847 | L.    | 129 | BUFFSB | ADMIRE   | LAMBERTS | VA | ____ | _____ | ___ |
| 145 | NS  | 039253 | BCOAL | 133 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 146 | NS  | 026642 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 147 | NS  | 028810 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 148 | NS  | 021396 | BCOAL | 134 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 149 | NS  | 030984 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |
| 150 | NS  | 026911 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ | _____ | ___ |

```
152 SOU   3035FP51 0      153 BUFFCO       NETSTEEL BUFFALO  NY  ____ _____ ____

153 NS    023396 BCOAL 136 BUFFCO       PDCCCBIL LAMBERTP VA  ____ _____ ____


                LOADS    EMPTIES    NET TONS    LT WT    GROSS TONS    LENGTH
TRAIN TOTALS:   153       000        14769      04607      19376       07818
AHEAD RADIO:    000       000        00000      00000      00000       00000
                  TOTALS DO   N O T   INCLUDE UNITS AND/OR CABOOSES
```



Exhibit B



**NORFOLK SOUTHERN**

MECHANICAL DEPARTMENT

| RR | SERIES | CLASS |
|---|---|---|
| NW | 92000-94999 | H11AR |
| NS | 32000-324999 | |

**REVISION DATES**

ACAD95

| SERIES | YEAR BUILT |
|---|---|
| NW 92000-92356, NS 322000-322356 | 1963 |
| NW 92357-94999, NS 32257-324999 | 1964 |

12'-3 1/2" EXTREME HEIGHT

21 3/4"

10'-6 5/8" OVER SIDE
TOP ANGLE
9'-9 1/2" INSIDE WIDTH

9'-7 7/8" OVER SILL STEPS

12'-3"

16"

2'-10 1/2"

45'-0" INSIDE LENGTH

¢ CAR

5'-10"

6'-10 13/16"

4'-11 1/4"

TOP OF RAIL

LOWEST POINT
10'-5 3/16"

6'-10 13/16"

16'

5'-10"

4'-11 1/4"

6 1/2"

5'-10"

4'-11 1/4"

11'-11 3/16"

30'

9"

22'-4 3/8"

36'-2" TRUCK CENTERS

46'-0 1/2" OVER STRIKERS

48'-8 1/2" COUPLED LENGTH

30'

16 3/8"

**GENERAL DATA**

| | |
|---|---|
| BUILT BY – | ROANOKE SHOPS |
| YEAR BUILT – | SEE TABLE |
| CUBIC CAPACITY – | 3480 LEVEL, 3845 HEAP |
| AVG. LD. LMT. – | 203,000 LBS. |
| AVG. LT. WT. – | 60,000 LBS. |
| BUILDER'S LOT/SPEC. – | BILL OF MAT'L. NO. 648 |
| NS SPEC. – | |
| AFE./PA – | P.A. 17001 |
| CAR REQUEST/PROGRAM – | |
| GENERAL ARRGT. DWG. – | E53050 |
| BRAKE ARRGT. DWG. – | E53300, E53304 |
| CLEARANCE PLATE – | PLATE B |
| EMPTY CENTER OF GRAVITY – | 87.5" |
| LOADED CENTER OF GRAVITY – | |

**GENERAL DATA**

| | |
|---|---|
| MIN. CURVE COUPLED – | 156' RAD. |
| MIN. CURVE UNCOUPLED – | 139' RAD. |
| MIN. CURVE CPLD. TO STD 40' – | |

**CAR BODY DATA**

| | |
|---|---|
| BRAKES – | ABD CYL. ABU 1012 |
| EMPTY LOAD BRAKES – | |
| SPECIAL BRAKE EQUIP – | |
| CENTER SILL – | CZ13 X 41.2 |
| DRAFT GEAR – | GROUP J |
| CUSHION UNIT – | |
| COUPLER – | A.A.R. TYPE E60CC, E60CE |
| BODY CENTER PLATE – | 14" DIA. |
| UNDERFRAME – | RIVETED AND WELDED |

**CAR BODY DATA**

| | |
|---|---|
| FLOOR – | 9/32" PLATE, A.S.T.M. A-242 TYPE 1 |
| DOORS – | WINE FRAMES & FIXTURES |
| END – | 9/32" PLATE, A.S.T.M. A-242 TYPE 1 |
| SPECIAL EQUIPMENT – | |

**TRUCK DATA**

| | |
|---|---|
| CLASS – | SEE TABLE |
| TYPE – | SEE TABLE |
| TRUCK ARRGT. DWG. – | |
| JOURNAL – | 6 1/2" X 12" ROLLER BEARING |
| WHEELS – | 36" DIA. |
| BRAKE SHOES – | 2" H.F. COMPOSITION |
| BRAKE BEAMS – | NO 18 (UNIT) |
| SIDE BEARING – | |
| SPECIAL TRUCK EQUIP. – | |

| TRUCK CLASS | TYPE |
|---|---|
| T163C | BARBER S2 |
| T120 | ASF RC |
| T121 | BARBER S2 |
| T136B | BARBER S2 |
| T121A | BARBER S2 |

**MISCELLANEOUS**

REBODIED IN 1991

SHEET NO. H11AR







**NORFOLK SOUTHERN**

**MECHANICAL DEPARTMENT**

| RR | SERIES | CLASS |
|---|---|---|
| NW | 116000-119999 | H11DR |
| | 133000-133099 | |
| NS | 316000-319999 | |
| | 333000-333099 | |

**REVISION DATES**

ACA095

| SERIES | YEAR BUILT | TRUCK CLASS |
|---|---|---|
| 116000-116115 | 1969 | T-163A |
| 116116-118589 | 1970 | T-35 |
| 118590-118752 | 1970 | T-181, T-182 |
| 118753-118999 | 1971 | T-183 |
| 119000-119999 | 1969 | T-163A |
| 133000-133099 | 1969 | |

**BRAKE ARRGT. DWG.**
E53058 BEFORE JUNE 1989
E53154 AFTER MAY 1989
E53059 BEFORE JUNE 1989
E53157 AFTER MAY 1989
E53057 BEFORE JUNE 1989
E53156 AFTER MAY 1989

NOTE:
FIRST 300 CARS HAVE ASTM A441 STEEL FOR
FLOORS, SIDES AND HOPPERS. SIDES ARE
7/32" THICK & EST. WT. IS 59,800 LBS.

| TRUCK CLASS | TYPE | GENERAL ARRGT. |
|---|---|---|
| T-135 | ASF | C49752 |
| T-163A | BARBER | C49701 |
| T-181 | ASF | CS1244 |
| T-182 | BARBER | CS1245 |
| T-183 | BARBER | CS1246 |

### GENERAL DATA

| | |
|---|---|
| BUILT BY – | ROANOKE SHOPS |
| YEAR BUILT – | SEE TABLE |
| CUBIC CAPACITY – | 3480 LEVEL, 3845 HEAP |
| AVG. LD. LMT. – | 202,300 LBS. |
| AVG. LT. WT. – | 60,700 LBS. |
| BUILDER'S LOT/SPEC. – | BILL OF MAT'L NO. 648 |
| NS SPEC. – | |
| AFE/PA – | |
| CAR REQUEST/PROGRAM – | |
| GENERAL ARRGT. DWG. – | E53050 |
| BRAKE ARRGT. DWG. – | SEE TABLE |
| CLEARANCE PLATE – | PLATE B |
| EMPTY CENTER OF GRAVITY – | |
| LOADED CENTER OF GRAVITY – | 87.5" |

### GENERAL DATA

| | |
|---|---|
| MIN. CURVE COUPLED – | 156 FT. RAD. |
| MIN. CURVE UNCOUPLED – | 139 FT. RAD. |
| MIN. CURVE CPLD. TO STD. 40' – | |

### CAR BODY DATA

| | |
|---|---|
| BRAKES – VALVE, ABD | CYL. ABU 1012 |
| EMPTY LOAD BRAKES – | |
| SPECIAL BRAKE EQUIP – | |
| CENTER SILL – | CSC13 X 41.2 |
| DRAFT GEAR – | GROUP J |
| COUPLER – A.A.R. TYPE E60CE | |
| BODY CENTER PLATE – 14" DIA. | |
| UNDERFRAME – | RIVETED AND WELDED |

### CAR BODY DATA

| | |
|---|---|
| FLOOR – 9/32" PLATE, A.S.T.M. A-242 TYPE 1 | |
| DOORS – WINE FRAMES & FIXTURES | |
| END – 9/32" PLATE, A.S.T.M. A-242 TYPE 1 | |
| SPECIAL EQUIPMENT – | |

### TRUCK DATA

| | |
|---|---|
| CLASS – SEE TABLE | |
| TYPE – SEE TABLE | |
| TRUCK ARRGT. DWG. – SEE TABLE | |
| JOURNAL – 6 1/2" X 12" ROLLER BEARING | |
| WHEELS – 36" DIA. | |
| BRAKE SHOES – 2" H.F. COMPOSITION | |
| BRAKE BEAMS – NO. 18 (UNIT) | |
| SIDE BEARING – | |
| SPECIAL TRUCK EQUIP – | |

### MISCELLANEOUS

REBODY STARTED IN 1988

SHEET NO. H11DR





## NORFOLK SOUTHERN
### MECHANICAL DEPARTMENT

| | RR | SERIES | CLASS |
|---|---|---|---|
| | NW | 144000 - 146149 | H49 |

ACAD95 — REVISION DATES

### GENERAL DATA

| | |
|---|---|
| BUILT BY – | TRINITY INDUSTRIES |
| YEAR BUILT – | 1989 – 1990 |
| CUBIC CAPACITY – | 3600 LEVEL, 3978 HEAP |
| AVG. LD. LMT. – | 199,000 LBS |
| AVG. LT. WT. – | 63,300 LBS. |
| BUILDERS LOT/SPEC. – | LOT NO. 2083 |
| NS SPEC. – | ME102.13 |
| AFE /PA – | AFE 89-0509 |
| CAR REQUEST/PROGRAM – | |
| GENERAL ARRGT. DWG. – | F-41565 |
| BRAKE ARRGT. DWG. – | F-41566 |
| CLEARANCE PLATE – | PLATE B |
| EMPTY CENTER OF GRAVITY – | 48.2" |
| LOADED CENTER OF GRAVITY – | 88.9" |

### GENERAL DATA

| | |
|---|---|
| MIN. CURVE COUPLED – | 215 FT. |
| MIN. CURVE UNCOUPLED – | 150 FT. |
| MIN. CURVE CPLD. TO STD 40' – | |

### CAR BODY DATA

| | |
|---|---|
| BRAKES – | VALVE ABDW, ABDX, DB-10/20 |
| EMPTY LOAD BRAKES – | |
| SPECIAL BRAKE EQUIP. – | |
| CENTER SILL – | CSC13 X 41.2 |
| DRAFT GEAR – | GROUP J |
| CUSHION UNIT – | |
| COUPLER – A.A.R. TYPE SBE600E |
| BODY CENTER PLATE – | 16" DIA. |
| UNDERFRAME – | WELDED |

### CAR BODY DATA

| | |
|---|---|
| FLOOR – 9/32" PLATE, A.S.T.M. A-242 TYPE 1 |
| DOORS – WINE 4HF-1207 |
| END – 9/32" PLATE, A.S.T.M. A-242 TYPE 1 |
| SPECIAL EQUIPMENT – |

### TRUCK DATA

| | |
|---|---|
| CLASS – | SEE TABLE |
| TYPE – | SEE TABLE |
| TRUCK ARRGT. DWG. – | |
| JOURNAL – 6 1/2" X 12" ROLLER BEARING |
| WHEELS – | 36" DIA. |
| BRAKE SHOES – 2" H.F. COMPOSITION |
| BRAKE BEAMS – NO 18 (UNIT) |
| SIDE BEARING – |
| SPECIAL TRUCK EQUIP. – |

### MISCELLANEOUS

SHEET NO. H49

| SERIES | TRUCK CLASS | TRUCK TYPE |
|---|---|---|
| 144000-144999 | T-245 | ASF RIDE CONTROL |
| 145000-145499 | T-246 | BARBER S-2 HD |
| 145450-146099 | T-253 | SUPER SERVICE RIDE CONTROL |
| 146100-146149 | T-245 | ASF RIDE CONTROL |

FRICTION WEDGES
144000-144499 – STEEL – ASF
144500-144749 – RESILIENT PADS – ASF
144750-144999 – RFE 18 – STUCKI
145450-146099 – SUPER SERVICE – ALL STEEL
146100-146149 – RIDE CONTROL – SLOPEGARD-PAD

EXT. WIDTH
INSIDE WIDTH
10'-6 5/8"
9'-9 1/2"
12'-3 7/16"
OVER BULB ANGLE
22 1/2"
12'-3 15/16" EXT. HGT.
9'-7 1/8" OVER SILL STEPS
15 3/4"
2'-10 1/2"

46'-4" INSIDE LENGTH
¢ CAR
TOP OF RAIL
30°
9"
5'-10"
7'-11 1/2"
10'-0 1/2"
11'-6 1/2"
21'-7"
5'-10"
37'-6" TRUCK CENTERS
47'-5" OVER STRIKERS
50'-0 1/2" COUPLED LENGTH
5'-10"
4'-11 1/2"
7'-11 1/2"
4'-11 1/2"
15 3/4"



**NORFOLK SOUTHERN**

**MECHANICAL DEPARTMENT**

| RR | SERIES | CLASS |
|---|---|---|
| NW | 146150-146449 | H50 |

| SERIES | TRUCK CLASS | TRUCK TYPE |
|---|---|---|
| 146150-146249 | T-245 | ASF RIDE CONTROL |
| 146250-146449 | T-246 | BARBER S-2 HD |

FRICTION WEDGES
146150-146249 — RIDE CONTROL — SLOPEGARD-PAD
146250-146449 — BARBER S-2-HD STEEL FRICTION CASTING

### GENERAL DATA

| | |
|---|---|
| BUILT BY — | TRINITY INDUSTRIES |
| YEAR BUILT — | 1990 |
| CUBIC CAPACITY — | 3600 LEVEL, 3978 HEAP |
| AVG. LD. LMT. — | 199,000 LBS |
| AVG. LT. WT. — | 63,300 LBS. |
| BUILDER'S LOT/SPEC. — | LOT NO. 2104 |
| NS SPEC. — | ME023 |
| AFE/PA — | DATE 90-0501 |
| CAR REQUEST/PROGRAM | |
| GENERAL ARRGT. DWG. — | F-42120 |
| BRAKE ARRGT. DWG. — | F-42121 |
| CLEARANCE PLATE — | PLATE B |
| EMPTY CENTER OF GRAVITY — | 48.2" |
| LOADED CENTER OF GRAVITY — | 88.9" |

### GENERAL DATA

| | |
|---|---|
| MIN. CURVE COUPLED — | 215 FT. |
| MIN. CURVE UNCOUPLED — | 150 FT. |
| MIN. CURVE CPLD. TO STD 40' | |

### CAR BODY DATA

| | |
|---|---|
| BRAKES — | DB-10/20 KNORR |
| EMPTY LOAD BRAKES — | |
| SPECIAL BRAKE EQUIP. — | |
| CENTER SILL — | CSC13 X 41.2 |
| DRAFT GEAR — | GROUP J |
| CUSHION UNIT — | |
| COUPLER — | A.A.R. TYPE SBE600E |
| BODY CENTER PLATE — | 16" DIA. |
| UNDERFRAME — | WELDED |

### CAR BODY DATA

| | |
|---|---|
| FLOOR — | 9/32" PLATE, A.S.T.M. A-242 TYPE 1 |
| DOORS — | WNE 4HF-1207 |
| END — | 9/32" PLATE, A.S.T.M. A-242 TYPE 1 |
| SPECIAL EQUIPMENT — | |

### TRUCK DATA

| | |
|---|---|
| CLASS — | SEE TABLE |
| TYPE — | SEE TABLE |
| TRUCK ARRGT. DWG. — | |
| JOURNAL — | 6 1/2" X 12" ROLLER BEARING |
| WHEELS — | 36" DIA. |
| BRAKE SHOES — | 2" H.F. COMPOSITION |
| BRAKE BEAMS — | NO 18 (UNIT) |
| SIDE BEARING — | |
| SPECIAL TRUCK EQUIP. — | SEE TABLE |

### MISCELLANEOUS

CROSSOVER STEP ON "A" END    SHEET NO. H50

46'-4" INSIDE LENGTH
37'-6" TRUCK CENTERS
48'-5" OVER STRIKERS
51'-0 1/2" COUPLED LENGTH

TOP OF RAIL
5'-10"
15 3/4"
5'-5 1/2"
7'-11 1/2"
10'-0 1/2"
11'-6 1/2"
9"
21'-7"
7'-11 1/2"
5'-10"
30°
30°

EXT. WIDTH
INSIDE WIDTH
10'-6 5/8"
9' 9 1/2"
OVER BULB ANGLE
12'-3 7/16"
22 1/2"

12'-3 15/16" EXT. HGT.
15 3/4"
3/8"
9'-7 1/8"
OVER SILL STEPS
"A" END
"B" END
5'-5 1/2"
5'-10"
7'-11 1/2"

REVISION DATES
ACAD95



**NS NORFOLK SOUTHERN**

MECHANICAL DEPARTMENT

| ACAD R13 | REVISION DATES | | | RR | SERIES | CLASS |
|---|---|---|---|---|---|---|
| | | | | NS | 300300-302799 | H62R |

GENERAL DATA

| | | | |
|---|---|---|---|
| BUILT BY - | ROANOKE | CUBIC CAPACITY - | EST. 3830 |
| YEAR BUILT - | 1998-99 | EMPTY CENTER OF GRAVITY - | |
| BUILDER'S LOT/SPEC. - | | LOADED CENTER OF GRAVITY - | |
| NS SPEC. - | | CLEARANCE PLATE - | |
| CAR REQUEST/PROGRAM - | | MAX. CURVE COUPLED - | |
| CARD LIST - | | MAX. CURVE UNCOUPLED - | |
| AFE/PA - | 97-0052 | | |
| AVG. LT. WT. - | 63,600 | | |
| CARBODY WT. - | | | |
| WEIGHT ONE TRUCK - | | | |
| AVG. LD. LMT. - | 222,400 | | |

ARRANGEMENT DWGS.

| |
|---|
| GENERAL ARRGT. DWG. - |
| UNDERFRAME ARRGT. DWG. - |
| BRAKE ARRGT. DWG. - |
| ROOF ARRGT. DWG. - |
| DOOR ARRGT. DWG. - |
| SIDE ARRGT. DWG. - |
| END ARRGT. DWG. - |
| TRUCK ARRGT. DWG. - |
| STENCIL ARRGT. DWG. - |

MISCELLANEOUS

| |
|---|
| 30 DEG. END SLOPES |
| 30 DEG. POCKETS |
| 30 DEG TRANSVERSE RIDGES |
| |
| |
| |
| |
| |

SHEET NO. H62R

Dimensions shown on drawing:
- 48' 4" INSIDE LENGTH
- 39' 6" TRUCK CENTERS
- 50' 5" OVER STRIKERS
- 53' 0-1/2" COUPLED LENGTH
- 12' 10-1/4"
- 12' 10-1/4"
- 4'-2 5/8"  4'-2 5/8"
- 12' 3" OVER TOP ANGLES
- 12'-3 1/2" EXTREME HEIGHT
- 21 3/4"
- 10'-6 5/8" OVER TOP SIDE ANGLES
- 9'-9 1/2" INSIDE WIDTH
- 9'-7 7/8" OVER SIL STEPS



**NS NORFOLK SOUTHERN**
MECHANICAL DEPARTMENT

| RR | SERIES | CLASS |
|---|---|---|
| NS | 21000–23999 | G86R |

REVISION DATES
ACAD94
1/8/97



Side elevation dimensions:
- 46'-4" INSIDE LENGTH
- 27'-0 1/8" OVER TUB FLOOR
- 37'-6" OVER TRUCK CENTERS
- 47'-5" OVER STRIKERS
- 50'-0 1/2" COUPLED LENGTH
- TOP OF RAIL
- ℄ CAR
- 5'-10"
- 4'-11 1/2"
- 15 3/4"
- 30°

End view dimensions:
- 12'-3-1/2" EXTREME HEIGHT
- 10'-6 5/8" OVER TOP SIDE ANGLE
- 9'-9 1/2" INSIDE WIDTH
- 9'-7 7/8" OVER SILL STEPS
- 12'-3"
- 34 1/4"

NOTES:
1. REBODIED FROM H11D, H11E, H12.
2. FOR INFORMATION ON YEAR BUILT, TRUCKS, ETC., DETERMINE ORIGINAL CAR NUMBER FROM UMLER AND REFER TO ORIGINAL DIAGRAM.

**TOP GON**

**GENERAL DATA**

| | |
|---|---|
| BUILT BY – | ROANOKE SHOPS |
| YEAR BUILT – | SEE NOTES |
| CUBIC CAPACITY – | 3850 CU. FT. |
| AVG. LD. LMT. – | 204,000 LBS. |
| AVG. LT. WT. – | 59,000 LBS. |
| BUILDERS LOT/SPEC. – | |
| NS SPEC. – | |
| AFE/PA – | VARIOUS |
| CAR REQUEST/PROGRAM – | VARIOUS |
| GENERAL ARRGT. DWG. – | E53413 |
| BRAKE ARRGT. DWG. – | E53444 |
| CLEARANCE PLATE – | PLATE B |
| EMPTY CENTER OF GRAVITY – | 48" |
| LOADED CENTER OF GRAVITY – | 86.7" |

**GENERAL DATA**

| | |
|---|---|
| MIN. CURVE COUPLED – | 166' |
| MIN. CURVE UNCOUPLED – | 144' |
| MIN. CURVE CPLD. TO STD 40' – | |

**CAR BODY DATA**

| | |
|---|---|
| BRAKES – | ABD CYL – ABU 1012 |
| EMPTY LOAD BRAKES – | |
| SPECIAL BRAKE EQUIP – | |
| CENTER SILL – | CSC13 X 41.2 |
| DRAFT GEAR – | GROUP J |
| CUSHION UNIT – | |
| COUPLER – | E60CE |
| BODY CENTER PLATE – | 14" OR 16" DIA. |
| UNDERFRAME – | RIVETED AND WELDED |

**CAR BODY DATA**

| | |
|---|---|
| END – | 9/32" ASTM A242 TYPE 1 |
| FLOOR – | 9/32" ASTM A242 TYPE 1 |
| LINING – | |
| BULKHEADS – | |
| LADING TIE ANCHORS – | |
| SPECIAL EQUIPMENT – | |

**TRUCK DATA**

| | |
|---|---|
| CLASS – | SEE NOTES |
| TYPE – | SEE NOTES |
| TRUCK ARRGT. DWG. – | SEE NOTES |
| JOURNAL – | 6 1/2" X 12" ROLLER BEARING |
| WHEELS – | 36" DIA. |
| BRAKE SHOES – | 2" COMP. |
| BRAKE BEAMS – | AAR NO. 18 (UNIT) |
| SIDE BEARING – | DOUBLE ROLLER |
| SPECIAL TRUCK EQUIP. – | |

**MISCELLANEOUS**

SHEET NO. G86R



**NORFOLK SOUTHERN**

MECHANICAL DEPARTMENT

| RR | SERIES | CLASS |
|----|--------|-------|
| NS | 32000–33999 | G91R |

REVISION DATES
ACAD94
1/8/97

TOP GON

10'-6 5/8" OVER TOP SIDE ANGLE
9'-9 1/2" INSIDE WIDTH

12'-3 1/2" EXTREME HEIGHT

9'-7 7/8" OVER SILL STEPS

12'-3"

34 1/2"

45'-0" INSIDE LENGTH

TOP OF RAIL

CAR

5'-10"    5'-10"    5'-10"

4'-11 1/2"    4'-11 1/2"    4'-11 1/2"    15 3/4"

15 3/4"    30°

25'-8 1/8" OVER TUB FLOOR
36'-2" OVER TRUCK CENTERS
46'-1" OVER STRIKERS
48'-8 1/2" COUPLED LENGTH

15 3/4"    15 3/4"

**NOTES:**

1. REBODIED FROM H11C, H11D.

2. FOR INFORMATION ON YEAR BUILT, TRUCKS, ETC.,
   DETERMINE ORIGINAL CAR NUMBER FROM UMLER AND
   REFER TO ORIGINAL DIAGRAM.

### GENERAL DATA

| | |
|---|---|
| BUILT BY – | ROANOKE SHOPS |
| YEAR BUILT – | SEE NOTES |
| CUBIC CAPACITY – | 3725 CU. FT. |
| AVG. LD. LMT. – | 204,900 LBS. |
| BUILDER'S WT. – | 58,100 LBS. |
| BUILDER'S LOT/SPEC. – | |
| NS SPEC. – | |
| AFE/PA – | VARIOUS |
| CAR REQUEST/PROGRAM – | VARIOUS |
| GENERAL ARRGT. DWG. – | E53545 |
| BRAKE ARRGT. DWG. – | E53519 |
| CLEARANCE PLATE – | PLATE B |
| EMPTY CENTER OF GRAVITY – | |
| LOADED CENTER OF GRAVITY – | 87.5" |

### GENERAL DATA

| | |
|---|---|
| MIN. CURVE COUPLED – | 156' |
| MIN. CURVE UNCOUPLED – | 139' |
| MIN. CURVE CPLD. TO STD 40' – | |

### CAR BODY DATA

| | |
|---|---|
| BRAKES – | ABD CYL – ABJ 1012 |
| EMPTY LOAD BRAKES – | |
| SPECIAL BRAKE EQUIP – | |
| CENTER SILL – | CSC13 X 41.2 |
| DRAFT GEAR – | GROUP J |
| CUSHION UNIT – | |
| COUPLER – | E60CE |
| BODY CENTER PLATE – | 14" DIA. |
| UNDERFRAME – | RIVETED AND WELDED |

### CAR BODY DATA

| | |
|---|---|
| END – | 9/32" ASTM A242 TYPE 1 |
| FLOOR – | 9/32" ASTM A242 TYPE 1 |
| LINING – | |
| BULKHEADS – | |
| LADING TIE ANCHORS – | |
| SPECIAL EQUIPMENT – | |

### TRUCK DATA

| | |
|---|---|
| CLASS – | SEE NOTES |
| TYPE – | SEE NOTES |
| TRUCK ARRGT. DWG. – | SEE NOTES |
| JOURNAL – | 6 1/2" X 12" ROLLER BEARING |
| WHEELS – | 36" DIA. |
| BRAKE SHOES – | COMP. |
| BRAKE BEAMS – | AAR NO. 18 (UNIT) |
| SIDE BEARING – | DOUBLE ROLLER |
| SPECIAL TRUCK EQUIP. – | |

### MISCELLANEOUS

SHEET NO. G91R



## NORFOLK SOUTHERN
### MECHANICAL DEPARTMENT

| RR | SERIES | CLASS |
|---|---|---|
| NS | 40000-40999 | G98R |
| | 41500-42499 | |

REVISION DATES
ACAD94
1/8/97

TOP GON

### GENERAL DATA

| | |
|---|---|
| BUILT BY – | ROANOKE SHOPS |
| YEAR BUILT – | SEE NOTES |
| CUBIC CAPACITY – | 3850 CU. FT. |
| AVG. LD. LMT. – | 227,000 LBS. |
| AVG. LT. WT. – | 59,000 LBS. |
| BUILDER'S LOT/SPEC. – | |
| NS SPEC. – | |
| AFE/PxX. – | 96-0425 |
| CAR REQUEST/PROGRAM – | 96-0425 |
| GENERAL ARRGT. DWG. – | |
| BRAKE ARRGT. DWG. – | |
| CLEARANCE PLATE – | CLEARANCE PLATE – 48" |
| EMPTY CENTER OF GRAVITY – | 48" |
| LOADED CENTER OF GRAVITY – | 86.7" |

### GENERAL DATA

| | |
|---|---|
| MIN. CURVE COUPLED – | 166' |
| MIN. CURVE UNCOUPLED – | 144' |
| MIN. CURVE CPLD. TO STD 40' – | |

### CAR BODY DATA

| | |
|---|---|
| BRAKES – | ABD CYL – ABU 1012 |
| EMPTY LOAD DEVICE – | |
| SPECIAL BRAKE EQUIP – | |
| CENTER SILL – | SEE NOTES |
| DRAFT GEAR – | GROUP J |
| CUSHION UNIT – | |
| COUPLER – | E60CE |
| BODY CENTER PLATE – | SEE NOTES |
| UNDERFRAME – | RIVETED AND WELDED |

### CAR BODY DATA

| | |
|---|---|
| END – | 9/32" ASTM A242 TYPE 1 |
| FLOOR – | 9/32" ASTM A242 TYPE 1 |
| LINING – | |
| BULKHEADS – | |
| LADING TIE ANCHORS – | |
| SPECIAL EQUIPMENT – | |

### TRUCK DATA

| | |
|---|---|
| CLASS – | SEE NOTES |
| TYPE – | SEE NOTES |
| TRUCK ARRGT. DWG. – | SEE NOTES |
| JOURNAL – | 6 1/2" x 12" ROLLER BEARING |
| WHEELS – | 36" DIA. |
| BRAKE SHOES – | 2" COMP. |
| BRAKE BEAMS – | SEE NOTES |
| SIDE BEARING – | DOUBLE ROLLER |
| SPECIAL TRUCK EQUIP. – | |

### MISCELLANEOUS

SHEET NO. G98R

NOTES:

1. REBODIED FROM HS18, HS19, HS58.

2. FOR INFORMATION ON YEAR BUILT, TRUCKS, ETC., DETERMINE ORIGINAL CAR NUMBER FROM UMLER AND REFER TO ORIGINAL DIAGRAM.

46'-4" INSIDE LENGTH
27'-0 1/8" OVER TUB FLOOR
37'-6" OVER TRUCK CENTERS
47'-5" OVER STRIKERS
50'-0 1/2" COUPLED LENGTH

TOP OF RAIL

5'-10"
4'-11 1/2"
15 3/4"
30°

15 3/4"
12'-10 1/2"
4'-11 1/2"
5'-10"

10'-6 5/8" OVER TOP SIDE ANGLE
9'-9 1/2" INSIDE WIDTH
9'-7 7/8" OVER SILL STEPS
12'-3 1/2" EXTREME HEIGHT
12'-3"
CAR