IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OFPENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON, )<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>NORFOLK SOUTHERN CORPORATION )<br>and NORFOLK SOUTHERN RAILWAY )<br>COMPANY, INC. )<br>      Defendants. ) | CIVIL ACTION NO. 05-101 ERIE |

**APPENDIX TO PLAINTIFF'S BRIEF IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS NORFOLK SOUTHERN CORPORATION AND NORFOLK SOUTHERN RAILWAY COMPANY, INC.**

Plaintiff, Robin Nixon, by his attorneys, Segel & Solymosi, files his Appendix to Plaintiff's Brief In Opposition to the Motion For Summary Judgment of Defendants Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc. pursuant to Rule 56© of the Federal Rules of Civil Procedure and Local Rule 56.2.C.3 of the Local Civil Rules of the United States District Court For The Western District of Pennsylvania.

I hereby certify that the Appendix contains true and correct copies of the following pretrial discovery materials in this case.

I.    <u>Deposition Transcripts</u>

    Exhibit "1" Excerpt of Deposition of Robert E. Rockey (1/9/07).

    Exhibit "2" Excerpt of Deposition of Robert B. Glenn (5/23/06).

    Exhibit "3" Excerpt of Deposition of Timothy J. Price. (5/23/06).

    Exhibit "4" Excerpt of Deposition of David C. Morgan (5/23/06).

    Exhibit "5" Excerpt of Deposition of August W. Westphal (5/17/07).

    Exhibit "6" Excerpt of Deposition of Robin Nixon (3/24/06).

II.  Deposition Exhibits

   Exhibit "7" Westphal Deposition Exhibit 6 (2/16/07).

   Exhibit "8" Westphal Deposition Exhibit 7 (2/16/07).

   Exhibit "9" Guarino Deposition Exhibit 3 (2/12/07).

III. Documents Produced During the Course of Discovery

   Exhibit "10" Photographs of West 19th Street Tracks

   Exhibit "11" Photographs of West 19th Street Tracks

          Respectfully submitted,

          SEGEL & SOLYMOSI


          By:  s/ Tibor R. Solymosi
             Tibor R. Solymosi, Esquire
             Attorney for Plaintiff

818 State Street
Erie, Pennsylvania  16501
Phone:  (814) 454-1500
Fax:  (814) 454-1502

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON, )<br>   Plaintiff, )<br>   )<br>vs. )<br>   )<br>NORFOLK SOUTHERN CORPORATION )<br>and NORFOLK SOUTHERN RAILWAY )<br>COMPANY, INC. )<br>   Defendants. ) | CIVIL ACTION NO. 05-101 ERIE |

## CERTIFICATE OF SERVICE

  I, Tibor R. Solymosi, Esquire, hereby certify that the foregoing Appendix to Plaintiff's Brief in Opposition to the Motion For Summary Judgment On Behalf of Defendants' Norfolk Southern Corporation and Norfolk Southern Railway Company, Inc., was filed electronically with the Clerk of Court using the Electronic Case Filing System on this 25th day of July, 2007. Notice of this filing will be sent to all parties by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(D) of the federal Rules of Procedure. Parties may access this filing through the Court's ECF system.

              SEGEL & SOLYMOSI


              By: s/ Tibor R. Solymosi
                Tibor R. Solymosi, Esquire
                Attorney for Plaintiff

Roger H. Taft, Esquire
MacDONALD, ILLIG, JONES
 & BRITTON
100 State Street, Suite 700
Erie, Pennsylvania  16507