1    part, upon your own experience as a bicyclist stating

2    "when riding a bicycle myself I would always seek out

3    a smooth area to ride.  Avoiding any rough terrain

4    and/or uneven ground was important.  In my opinion any

5    cyclist, young or older, riding along a street would

6    completely avoid any contact with so-called rumble

7    strips".

8         A    That's my opinion.

9         Q    Based on riding a bicycle yourself?

10        A    Now, let's get --

11        Q    Answer my question, first.  Based on

12   riding --

13        A    I have to qualify that, because you are

14   putting words in my mouth that --

15        Q    I was quoting your report.

16        A    All right.  When I rode a bicycle, it was a

17   long time ago, I always sought out the smoothest

18   place.  And that was when I was riding a bicycle.  If

19   I would ride a bicycle today, I would seek out a nice

20   smooth area.  I wouldn't run down a rocky road.  That

21   would be totally ignorant to do something like that to

22   abuse your body like that, let alone the bicycle.

23        Q    Have you ever seen young people riding

24   bicycles today where they intentionally try to hit

25   bumps and jumps?

1      A      Totally different thing.  I've seen -- yes,

2  I've seen that.

3      Q      So some people apparently like to hit bumps

4  or ride their bicycle in that fashion?

5      A      Before you was talking about kids.  Now you

6  are talking about people.  So it's two different

7  things.  People don't do that.

8      Q      Have you ever seen any kids do that?

9      A      Yes.

10      Q      And Robin Nixon was a kid, was he not?

11      A      He wasn't jumping up and down on bicycles

12  like you are categorizing.

13      Q      No, but he was a kid.

14      A      He was 12 years old.

15      Q      Do you have any information, Mr. Westphal,

16  as to where on that eastbound train Robin Nixon

17  grabbed on on the day of his accident?

18      A      No, it was a railroad coal car.

19      Q      But you don't know where the coal car was

20  positioned in the course of that train?

21      A      No.

22      Q      Train was a mile and a half long; correct?

23      A      That's correct.

24      Q      So it's possible Mr. Nixon, as far as you

25  know, grabbed onto that train a mile or so behind the

1   head end where the train crew was operating?

2      A     I don't know that.

3      Q     You don't know one way or the other?

4      A     No, neither did the train crew.

5            MR. TAFT:  Take a few minutes.  Take a

6      short break.

7            (Break taken.)

8            MR. TAFT:  Thank you, Mr. Westphal.  Those

9      are all the questions I have.

10           THE DEPONENT:  Thank you.

11           MR. SOLYMOSI:  Roger, I just would like to

12     ask him a couple questions.

13                        EXAMINATION

14  BY MR. SOLYMOSI:

15     Q     One to clarify, Mr. Westphal, Roger had

16  asked you about exhibits to deposition transcripts?

17     A     Yes.

18     Q     And they had not been sent to you attached

19  to the deposition transcripts.  During the break, were

20  you able to review your reference and determine

21  whether or not, in fact, you did get most of the

22  exhibits that were attached, the documents that were

23  attached as exhibits to the transcripts?

24     A     Yes, they were submitted not as deposition

25  exhibits, but I had them in the submission from the

1    defendant in Interrogatories, that material.

2        Q    So just to be clear, any of the documents

3    that Mr. Taft provided to me in Answers to

4    Interrogatories and request for production of

5    documents, those exhibits you did have?

6        A    Yes.

7        Q    Those exhibits did not include this one

8    exhibit from Mr. Glenn's deposition that he actually

9    hand wrote and created at his deposition?

10       A    No, I had never seen that.

11       Q    Okay.  With regard to grade crossing

12   equipment, would grade crossing equipment that was

13   installed along the West 19th Street tracks, would

14   that have been on City property?

15       A    Oh, yes, that would have been on City

16   property.

17       Q    Is it uncommon for cities to allow

18   railroads to install equipment on their property?

19            MR. TAFT:  Object to form, leading.

20            THE DEPONENT:  No, it's not uncommon for

21       them to install grade crossings at the crossing.

22            MR. SOLYMOSI:  That's all I have.

23            MR. TAFT:  I have nothing further.

24            COURT REPORTER:  Do you want to read?

25            THE DEPONENT:  We will read.

```
 1              (THEREUPON, at 2:30 o'clock p.m., the
 2        deposition was concluded.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1        SIGNATURE PAGE

2

3

4    AUGUST W. WESTPHAL

5

6   Subscribed and sworn to before me this

7

8  4 of JUNE  2007    , 2007.

9

10

11

12

13    Notary Public

14

15

16

17

18

19  RICHARD MORALES
    NOTARY PUBLIC
    STATE OF OHIO
    Recorded in
    Cuyahoga Cty.
    My Comm. Exp.

dle

20

21

22

23

24

25

**Errata Sheet**

**Deposition Of:**                                        **Date:**

| Page # | Line # | Correction: | Reason For Correction: |
|--------|--------|-------------|------------------------|
| 17 | 1 | Weigh to Way | Spelling |
| 21 | 16 | Now to NATURE | wrong word |
| 26 | 24 | 97 to 87 | wrong year |
| 32 | 5 | back to by | wrong word |
| 38 | 8 | Reynolds to Estherville | wrong word |
| 39 | 9 | City - Strike it | wrong word |
| 39 | 10 | at to birth | wrong word |
| 39 | 19 | in to since | wrong word. |
| 49 | 16 | Sant to Santa | wrong word. |
| 58 | 12 | Strike "he will" | extra words |
| 72 | 20 | Strike "I Mall Report" — not valid |
| 74 | 21 | Engr to Conductor | wrong word. |
| 90 | 24 | them to the | wrong word |
| 93 | 17 | a to are | wrong word |
| 93 | 18 | at to around | wrong word |
| 95 | 2 | of to or | wrong word |
| 96 | 9 | weigh to Way | wrong word |
| 129 | 23 | of to or | wrong word |
| 132 | 21 | blocked to block | wrong word |
|  |  |  |  |

1                    C-E-R-T-I-F-I-C-A-T-E

2   COMMONWEALTH OF PENNSYLVANIA, )
                                   )  SS:
3   COUNTY OF ALLEGHENY:           )

4        I, Deborah L. Endler, do hereby certify that
    before me, a Notary Public in and for the Commonwealth
5   aforesaid, personally appeared AUGUST W. WESTPHAL, who
    then was by me first duly cautioned and sworn to
6   testify the truth, the whole truth, and nothing but
    the truth in the taking of his oral deposition in the
7   cause aforesaid; that the testimony then given by him
    as above set forth was by me reduced to stenotypy in
8   the presence of said witness, and afterwards
    transcribed by means of computer-aided transcription.
9
         I do further certify that this deposition was
10  taken at the time and place in the foregoing caption
    specified, and was completed without adjournment.
11
         I do further certify that I am not a relative,
12  counsel or attorney of either party, or otherwise
    interested in the event of this action.
13
         IN WITNESS WHEREOF, I have hereunto set my hand
14  and affixed my seal of office at Pittsburgh,
    Pennsylvania, on this 30th day of
15  _____May_____, 2007.

16

17

18  _____
    Deborah L. Endler, Notary Public
19  In and for the Commonwealth of Pennsylvania
    My commission expires November 2, 2008
20
                         - - -
21

22

23

24

25

1                              EXHIBIT INDEX

2                                                              MARKED

   WESTPHAL DEPOSITION

3
   1      Notice of Deposition                                    5
4
   2      Curriculum Vitae                                        7
5
   3      List of cases                                          12
6
   4      Invoice                                                13
7
   5      Invoice                                                13
8
   6      Mr. Westphal's Export Report 2/16/2007                 44
9
   7      Mr. Westphal's Amendment to Export                     45
10        Report 2/16/2007

11 8      List of cases                                          46

12 9      Wheel Report                                           65

13 10     Mr. Guarino's Expert Report 2/12/2007                  94

14 11     Diagram                                               130

15

16

17

18

19

20

21

22

23

24

25

**Tab B**
**Westphal Deposition Ex. 1 -**
**Notice of Deposition (A. Westphal)**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBIN NIXON,                              )
    Plaintiff                        )
                             )
                             )    CIVIL ACTION NO. 05-101 ERIE
        v.                             )
                             )
NORFOLK SOUTHERN CORPORATION              )
and NORFOLK SOUTHERN RAILWAY              )
COMPANY, INC.,                            )
    Defendants                       )

## NOTICE OF DEPOSITION (A. WESTPHAL)

TO:    Tibor R. Solymosi, Esq.
        Segel & Solymosi
        818 State Street
        Erie, PA 16501
        Attorney for Plaintiff Robin Nixon

PLEASE TAKE NOTICE that the deposition upon oral examination of August W. Westphal, Transit Operations & Personnel Guidance of Ohio, Inc., P.O. Box 39146, North Ridgeville, Ohio 44039, one of the expert witnesses disclosed by plaintiff Robin Nixon, will be taken by stenographic means, pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Thursday, May 17, 2007, commencing at 9:30 a.m., at the Offices of MacDonald, Illig, Jones & Britton LLP, 100 State Street, Suite 700, Erie, Pennsylvania 16507, before Morse, Gantverg & Hodge, Inc., Court Reporters, or some other person duly authorized to administer the oath.



The deponent, August W. Westphal, is directed to bring the following documents and things to his deposition:

(1)    the most current Curriculum Vitae for August W. Westphal;

(2)    Mr. Westphal's complete expert witness file with respect to the April 27, 1997 accident including, but not limited to, his two expert reports dated February 16, 2007, and all drafts thereof, and any and all documents and things upon which Mr. Westphal relied in arriving at his opinions and/or in preparing his expert witness reports;

(3)    any and all documents and things upon which Mr. Westphal relied in arriving at his opinions and/or in preparing his expert reports, if not contained in his expert witness file;

(4)    any and all expert reports prepared by Mr. Westphal and any and all transcripts of depositions of Mr. Westphal with respect to the lawsuits identified in his disclosure letter dated February 16, 2007; and

(5)    records of all billings and payments with respect to Mr. Westphal's expert witness services including all time records for such services.

Respectfully submitted,

Roger H. Taft
PA 19983/NY 2876456
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7603
(814) 454-4647 (facsimile)
rtaft@mijb.com

Attorneys for Defendants
    Norfolk Southern Corporation and Norfolk
    Southern Railway Company, Inc.

Dated:   April 10, 2007
cc: Morse, Gantverg & Hodge, Inc., Court Reporters

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Deposition (A. Westphal) was served upon the following attorney of record for plaintiff Robin Nixon, via First-Class United States Mail addressed as follows, this 10th day of April, 2007:

> Tibor R. Solymosi, Esq.
> Segel & Solymosi
> 818 State Street
> Erie, PA 16501

_____
Roger H. Taft, Esq.

**Tab C
Westphal Deposition Ex. 2 -
A. Westphal Resume**

## TRANSIT OPERATIONS AND PERSONNEL
### GUIDANCE OF OHIO, INC.

**August W. Westphal, President**
**35239 Greenwich Avenue**
**Post Office Box 39146**
**North Ridgeville, OH 44039**
**Telephone (440) 327 – 7125**
**Cell (440) 452 – 8427**
**Fax (440) 327 – 7125**
**E-Mail whiteywestphal1@aol.com -- whiteywestphal1@alltel.net**

**OBJECTIVE:**   Railroad Operations Consultant, Grade Crossing Accidents. Passenger, Freight, Yard and Industrial Operations.

**EXPERIENCE:**   Train Operations, Freight and Passenger
Brakeman/Yardman and Conductor/Foreman
State Railway Commission – Public Service Commission
Interstate Commerce Commission (ICC)
Federal Railroad Administration (FRA)
National Transportation Safety Board (NTSB)
Operation Lifesaver (1981 – 1986)
Locomotive Cab Control Committee (1981 – 1986)

**EDUCATION:**   Graduate, Fremont NE High School

**BACKGROUND:**   May 1945 – December 1960 Employed by Chicago and North Western Railway Company.
Trainman/Brakeman – Yardman/Switchman – Freight Service
Conductor/Foreman – Freight Service
Passenger Service Conductor – Passenger Service Brakeman/Baggage man
Seniority continuous without dismissal under any circumstance.

December 1960 – May 1965: Nebraska State Representative working with and appearing before State and Federal Agencies concerning safety inspections and clearance on railroads.

June 1965 -- February 1981: Director BRT/UTU Legislative Department Cleveland, OH. Responsible for coordinating Railroad Safety Responsibilities and Railroad Safety Activities in the U. S. A. and Canada.



PENGAD 800-631-6989
Westphal
DEPOSITION
EXHIBIT
2

Page No. Two

**BASCKGROUND:** March 1981 – September 1986 Director Legislative Research UTU, Washington, D. C.  Review legislation introduced in the Congress involving Railroad Operations, etc. Assist in the preparation of testimony before the House and Senate Committees involving Railroad Safety.
Handle all alleged violations of Federal Safety Statutes, Rules and Regulations involving Railroad Safety.

Represented the United Transportation Union before:

> Federal Railroad Administration (FRA)
> National Transportation Safety Board (NTSB)
> Transportation Safety Research Board (TSRB)
> Interstate Commerce Commission (ICC)

**STUDIES AND COMITTEES:** International Transportation Conference, University of Chicago, 1966, 1967, and 1968.

UTU Representative, Locomotive Cab Control Committee.

UTU Representative, Grade Crossing Protection Committee.

UTU Representative, Operation Lifesaver.

QUALIFIED IN TRIAL EXPERIENCE, BOTH STATE AND FEDERAL COURTS.

EXPERT REVIEW OF DEPOSITIONS.

MEMBER, NATIONAL ASSOCIATION OF RAILROAD SAFETY CONSULTANTS AND INVESTIGATORS. (NARSCI)
MEMBGER, ADVISORY BOARD NARSCI

Additional Information at: www.NARSCI.com

Revised: January 2006

**Tab D
Westphal Deposition Ex. 3 - A. Westphal
Published Articles and List of Deposition
and Trial Testimony (1997-2007)**

Published Articles:

## **RAILROAD TRAIN CREWS – INCREASED RESPONSIBILITIES**

FELA Reporter and Railroad Liability Monitor
Vol. 12, No. 11        November 1999

Cases wherein August W. Westphal was deposed of testified in trial since 1997:

| | |
|---|---|
| Stubbs v. Southern Pacific Railroad<br>Circuit Court, City of St. Louis, MO. | Deposed and Trial Testimony<br>For Plaintiff |
| Simmons v. CSX Transportation<br>General Court of Justice | Deposed and Trial Testimony<br>For Plaintiff |
| Rose v. Norfolk Southern Railroad<br>Bluefield WV Court | Deposed<br>For Plaintiff |
| Lambert v. CSX Transportation<br>Court of Common Pleas | Deposed<br>For Plaintiff |
| Dixon v. CSX Transportation<br>Circuit Court, 13th Judicial District | Deposed<br>For Plaintiff |
| Heck v. Southern Pacific Railroad<br>Superior Court of Calif., City of LA | Deposed and Trial  Testimony<br>For Plaintiff |
| Bruce J. Bartley v. CSX Transportation<br>Superior Court, Vanderburgh Cty IN | Deposed<br>For Plaintiff |
| Gregg O. All v. Norfolk Southern Railroad<br>Charleston, S.C. Court | Deposed<br>For Plaintiff |
| Beyerle v. Soo Line Railroad<br>U. S. District Court, Southern Dist IL | Deposed<br>For Plaintiff |



Westphal
DEPOSITION
EXHIBIT
# 3
PENGAD 800-631-6989

## Page No. Two

| | |
|---|---|
| Jones v. Illinois Central Railroad<br>Illinois State Court | Deposed<br>For Plaintiff |
| Merollo v. Metra Railroad<br>Circuit Court, Cook Cty, Illinois | Deposed<br>For Plaintiff |
| Rymanowicz v. Norfolk Southern RR<br>Monroe Cty Circuit Court | Deposed and Trial Testimony<br>For Plaintiff |
| Springston v. Conrail<br>U. S. District Court, East District, OH | Deposed and Trial Testimony<br>For Plaintiff |
| Cermak v. D. M. V. W. Railroad<br>Montana State Court | Deposed<br>For Plaintiff |
| Dillon v. Norfolk Southern Railroad<br>U. S. District Court, Northern Dist. IN | Deposed<br>For Plaintiff |
| Christmas v. Alabama Great Southern RR<br>U. S. Dist. Court, Eastern Dist LA | Deposed<br>For Plaintiff |
| Cork v. Illinois Central Railroad<br>U. S. Dist. Court, Middle Dist LA | Deposed<br>For Plaintiff |
| Conner v. Union Pacific Railroad<br>Third Judicial Dist. S. L. C., UT | Deposed<br>For Plaintiff |
| Clark v. Cavenaugh, et al<br>Circuit Court of Jefferson Cty, AL | Deposed<br>For Plaintiff |
| Lindquist v. C. & N. W. Railroad<br>Circuit Court 19th Jud. Dist, IL | Deposed<br>For Plaintiff |

## Page No. Three

Stark v. Kansas Southwestern Railroad
Sedgewick Cty Court, Kansas

Deposed and Trial Testimony
For Plaintiff

Stone v. AMTRAK
Charleston, WV Court

Deposed
For Plaintiff

Andrew Frank v. E. J. & E. Railroad
Hammond, IN Court

Deposed
For Plaintiff

Pamela Dawn Givens v. NS Railroad
Circuit Court of St. Louis, MO.

Deposed
For Plaintiff

Hoang v. CSX Transportation
U. S. District Court, So. MS

Deposed
For Plaintiff

Humphrey v. Union Pacific Railroad
District Court of Douglas Cty, NE

Deposed
For Plaintiff

Miotti v. Union Pacific Railroad and
Chicago Hgts Steel Company

Deposed and Trial Testimony
For Plaintiff

Van Overen v. I. & M. Railroad
Iowa District Court, Clay County

Deposed
For Plaintiff

Bach v. Soo Line Railroad
Minnesota – County of Anoka

Testified at Trial

Majors v. CSX Transportation, Inc.
U.S. District Court for Maryland

Deposed (video)
Plaintiff

**Tab E**
**Westphal Deposition Ex. 4 - A. Westphal**
**Invoice for Services (2/23/07)**

# Transit Operations & Personnel Guidance of Ohio, Inc.

P.O. Box 39146
North Ridgeville, Ohio 44039
(440) 327-7125 • FAX (440) 327-0362
e-mail: whiteywestphal1@aol.com

**A. W. WESTPHAL**
President

February 23, 2007

*Recd
3-12-07

Dposited*

Mr. Tibor R. Solymosi, Esquire
818 State Street
Erie, PA – 16501

**Re:    Robin Nixon vs. Norfolk Southern Corp.**

Dear Mr. Solymosi:

We are herewith providing our statement for service performed in the above captioned matter to and including the end of the month of February, 2007. It is our practice to bill each client for the work performed each month. This in lieu of requesting a large retainer fee. The service billed is as follows:

Review & Research Deposition Testimony of Timothy J. Price, Engineer – – –  1.0 hour
Review & Research Deposition Testimony of Robert B. Glenn, Conductor – –  2.0  "
Review & Research Deposition Testimony of David C. Morgan, Trainmaster – 1.5  "
Review & Research Deposition Testimony of Robert E. Rockey, Clerk - - - - -  .5  "
Review & Research Deposition Testimony of Steve W. Frye, Claim Agent - - - 2.0  "
Review & Research Deposition Testimony of James F. Baskin, M. of Way -- -  1.0  "
Review & Research Deposition Testimony of Donald R. Cunningham, Laborer 1.0  "
Review & Research Deposition Testimony of Harvey H. Stone. Consultant - -  2.5  "
Review & Research Deposition Testimony of M. Eugene Pandlis, Clms. Lit. - - 2.0  "
Answers and Objections to Interrogatories to Defendant Second Set - - - - - - -  1.0  "
FHA Synthesis of Shoulder Rumble Strips and Policies - - - - - - - - - - - - - - -  1.0  "
Norfolk Southern Six Point Action Plan - - - - - - - - - - - - - - - - - - - - - - - -  .5  "
Norfolk Southern General Conduct Rules , May 1, 1965 - - - - - - - - - - - - - - 1.0  "
Norfolk Southern Operating Rules  - - - - - - - - - - - - - - - - - - - - - - - - - - -  1.5  "
Finalizing and Preparation of Report February 16, 2007 - - - - - - - - - - - - - -  4.0  "
                               Total Hours billed - - - - - - 22.5 hours

Twenty Two and One Half hours at $125.00 per hour - - $2.750.00

Prepare your check in favor of: **"T. O. P. of Ohio, Inc."**

**TIN 34 – 1549595**



Westphal
DEPOSITION
EXHIBIT
# 4  of
6-11-

Mr. Tibor R. Solymosi, Esquire
Nixon vs. Norfolk Southern Corp.
February 23, 2007
Page two, contd

Per our Fee Agreement payment of each billing is expected upon receipt.

We look forward to our continuing relationship in this matter to a successful conclusion.

With kindest regards, I remain,

Respectfully,

August W. Westphal, President
T. O. P. of Ohio, Inc.


cc: file

**Tab F**
**Westphal Deposition Ex. 5 - A. Westphal**
**Invoice for Services (4/25/06)**

# Transit Operations & Personnel Guidance of Ohio, Inc.

P.O. Box 39146
North Ridgeville, Ohio 44039
(440) 327-7125 • FAX (440) 327-0362
e-mail: whiteywestphal1@aol.com

**A. W. WESTPHAL**
President

April 25, 2006

Mr. Tibor R. Solymosi, Esquire
**SEGAL & SOLYMOSI**
Attorneys at Law
818 State Street
Erie, PA 16501

Re:    **Robin Nixon vs. Norfolk Southern Corp.**

Dear Mr. Solymosi:

We are herewith submitting for payment our statement for services rendered in the captioned matter to the end of April, 2006. The items of time billed are listed as follows:

1. Complaint and carriers answers thereto - - - - - - - - - - - - - - - - - - 1.0 hours

2. Deposition testimony of Robin Nixon - - - - - - - - - - - - - - - - - - 3.0    "

3. Dennis Lagan & Associates REPORT OF INVESTIGATION - - 1.5    "

4. Answers and Objections by carrier Norfolk Southern - - - - - - - - 1.0    "

5. Reports, photos, Pulse Report, time tables and articles - - - - - - - 1.0    "

6. City of Erie Police Department records and reported facts - - - - - 0.5    "

7. Photos in 1997 and current dates – accident site - - - - - - - - - - - 1.0    "

8. Format and prepare questions - - - - - - - - - - - - - - - - - - - - - - - 2.0    "

Total hours billed - - - - 11.0 hours

Eleven (11) hours billable time at $125.00 per hour - - - - - - - $1,375.00

Prepare your check in favor of: **"T. O. P. of Ohio, Inc."**
**TIN: 34-1549595**



DEPOSITION
EXHIBIT
# 5

Member: National Association of Railroad Safety Consultants and Investigators

Mr. Tibor R. Solymosi, Esquire
Nixon vs. Norfolk Southern Corp.
April 25, 2006
Page two, contd

As per our Fee Agreement we do not require a large retainer but do request that bills be
paid promptly on receipt..

We look forward to serving your firm in this matter as it develops.

Respectfully,

August W. Westphal, President
T. O. P. of Ohio, Inc.

cc: file

**Tab G**
**Westphal Deposition Ex. 6 - A. Westphal**
**Expert Report (2/16/07)**

P.O. Box 39146

North Ridgeville, Ohio 44039

(440) 327-7125 • FAX (440) 327-0362

e-mail: whiteywestphal1@aol.com

**A. W. WESTPHAL**
**President**

February 16, 2007

Mr. Tibor Solymosi, Esquire
**SEGAL & SOLYMOSI**
Attorneys at Law
818 State Street
Erie, Pennsylvania 16501

> **Re:** **Robin Nixon vs. Norfolk Southern Corp.**

Dear M̶ ̶ ̶ ̶ ̶ ̶:

## BACKGROUND AND EXPERIENCE

I, August W. Westphal, am a railroad safety expert. I have considerable experience (fifty-four years) in the railroad industry. I have performed service as both Freight and Passenger Conductor/brakeman – Foreman/Switchman both in over the road and Yard/Terminal Operations. Also, I have worked jointly with the representatives of the American Association of Railroads (AAR), Federal Railroad Administration (FRA), National Transportation Safety Board (NTSB), and Rail Labor Organizations (BLE, B of MWE, BRC and UTU) in handling safety activities on the nation's railroads. As a consultant I have participated in 14 cases involving children in railroad accidents. In one of them it involved a child with a bicycle.

## ENGAGEMENT

I was first contacted in this matter by Mr.Tibor Solymosi, Esquire on March 27, 2006 via telephone. This expert was requested to review the facts underlying the incident that occurred on April 27, 1997, conduct any necessary investigation and render opinions regarding the conduct of Norfolk Southern Corporation and its personnel.

## DOCUMENTS

1. Complaint

2. Answers

3. Deposition Testimony of Robin Nixon, Plaintiff



PENGAD 800-631-6989
Westphal
DEPOSITION
EXHIBIT
6

Mr.Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page two contd

    4. Report of Investigation, Dennis Lagan & Associates

    5. Defendants Answers to Interrogatories

    6. Documents from Defendant Norfolk Southern re: Accident

    7. Police Report, Erie PA Police Department

    8. Photos, West 19th Street, September 2002

    9. Erie, PA Police photos of Accident scene

    10. Photos – West 19th Street, March 2006

    11. Deposition Testimony of David C. Morgan, NS Trainmaster

    12. Deposition Testimony of Timothy J. Price, NS Engineer of train

    13. Deposition Testimony of Eugene Pandlis, Manager Claims Litigation

    14. Deposition Testimony of James F. Baskin, NS Supervisor of Track

    15. Deposition Testimony of Steve W. Frye, NS Claim Agent

    16. Deposition Testimony of Robert B. Glenn, Conductor of train

    17. Defendant NS Answers to Interrogatories –Second Set

    18. Norfolk Southern Railroad Safety and General Conduct Rules

    19. Norfolk Southern Operating Rules Effective July 2, 1995

    20. Deposition Testimony of Donald R. Cunningham, NS Laborer

    21. Deposition Testimony of Robert E. Rockey, NS Route Clerk and Crossing
       Watchman

    22. Deposition Testimony of Harvey H. Stone, President, Stone Consulting and
       Design Inc.

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page three, contd

23. Federal Highway Administration, Technical Advisory, Roadway Shoulder
Rumble Strips

24. Federal Highway Administration, Synthesis of Shoulder Rumble Strip
Practices and Policies

25. Norfolk Southern Six Point Action Plan for Safety of Operations

26. Expert Opinion of Guarino Enterprises, Rumble Strips near tracks

## FACTS

The train involved in the instant accident April 27, 1997 was a thru Train operating in an
eastbound direction between Conneaut, OH and Buffalo, NY. The lead Unit of the three
Unit power consist was NS 8669 followed by NS 6620 and Trailing Unit NS 8594 the
train is identified as a Unit Coal Train No. Y47L1. The train consist was 150 loads and
00 empties with 7,225 tons traveling at a reported eight (8) miles per hour. The speed of
travel is suspect in that the Engineer had advised the police the train was traveling at 15
MPH at the time of the accident to Robin Nixon.

The Norfolk Southern Train was operated with only a two (2) man crew, the Conductor
and the Engineer. The Conductor was Robert B. Glenn who began his career in May of
1995 in Conneaut, OH. (Glenn P 7 L- 2) Strange as it may seem Mr. Glenn started his
career as a Conductor with just on job training to qualify. Mr. Glenn worked with several
Conductors and there was no certification as to his being qualified. (Glenn P8 L 6-10)
This is very unusual in that generally speaking an employee in train service must have at
least three (3) years experience as a brakeman/switchman prior to being eligible to
qualify as a conductor. Extensive training and rule certification is required. The engineer
was    Timothy J. Price who began his career on the railroad in 1988 served in the
capacity of brakeman/conductor until 1990 when he attended engineer schooling at
McDonough, GA. (Price P -7 L 22-24)

Truly the actual experience and responsibility for operating a railroad train of 150 cars
was lacking. Neither employee on the train seemed to be fully aware of their duties.
Conductor Glenn indicated in response to a question as to who was in charge of the train,
(Glenn P17 L 24-25) that it was a shared responsibility. While messages are generally
addressed "C & E", the Conductor is the employee in charge of the train. The conductor
is to be seated in the lead unit of the train, on a two man crew, and be vigilant and alert to
what is on the left side of the train moving along the track. Conductor Glenn was not alert
and vigilant when he said he observed nothing between State and Cranberry Street

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page four, contd

(Glenn P18 L 11-16) also, was not familiar with the area along the track where children may be sited inasmuch as he stated it was not part of his responsibility. (Glenn P 19 L 3-8) Mr. Glenn indicated his training was ongoing and was specific to the "operation and handling of equipment that we're on" (Glenn P 20 L 7-21) Conductor Glenn further indicated if children were not on the right-of-way and not inhibiting anything to do with our operation, then we were not trained to watch for children. (Glenn P 20 L-22-25 and P 21 L 1-5) Engineer Price was also limited in his knowledge of train operation. Critical to the operation of a train are many characteristics of the territory over which the train will be operated. Direction, terrain, grade, sidings and switch or yard locations and the area surrounding same are critical for a safe and efficient operation of a train. Engineer Price indicated his only concerns were the rail the grade and signals. (Price P8 L 17-19) It is strange to this expert engineer Price indicated he had no policy or training from the carrier NS insofar as watching for children who are repeatedly in the area of the track. (Price P 19 L 1-8) Neither Conductor Glenn or Engineer Price were familiar with or having knowledge of the Norfolk Southern Six Tenets of Safety. While Engineer Price was aware of one (1) speedometer Conductor Glenn was of the opinion there were two (2) speedometers in the locomotive unit. Neither Engineer Price or Conductor Glenn was aware of a children's playground in close proximity to the railroad tracks on west 19th Street in Erie, PA.

## DISCUSSION

Generally speaking the first indication of safety in all Railroad Operating Rules is **"Safety is of the first importance in the discharge of duty"** This mandate is very important to the train crew and all other employees on the railroad. Norfolk Southern Operating Rules **GR-9(a)** requires members of the crew must observe the condition of their train and inspect it at frequent intervals while it is moving. When practical, they will look back at the track frequently to see if damaged by dragging equipment and also at block signals and roadway structures to see if they have been struck by objects protruding from their train. Looking back and watching their train is a very important part of the crew duties. This is especially true since the crew members are all located on the power units of the train.

Observing the passing train is also the important responsibility of the employees who are adjacent to the train operation. In the instant accident to Robin Nixon there were Norfolk Southern Employees in advantageous positions to note the presence of children along the area of West 19th Street in Erie, PA. The use of Crossing Watchmen was in place at three locations along west 19th street and one in particular in the vicinity of the accident to

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page five, contd

Robin Nixon. The Crossing Watchmen were under the direct charge of James F. Baskin (Taft Answers to Interrogatories Second Set P-4)

It is unfortunate and significant that many of the employees who were in a position to note children in an area of danger next to moving freight cars were admittedly void of any required duty insofar as noting children in an area occupied by train traffic. Mr. Donald E. Cunningham was employed as a Crossing Watchman from 1971 to 1983 and following that date was a relief person for Crossing Watchmen who were on vacation or absent for a period of time. Mr. Cunningham indicates he had seen Children in the area and playing on the sidewalk. (Cunningham P 12 L 24-2) Contrary to looking for children Mr. Cunningham was taught to watch trains – that was our job. (Cunningham P13 L 23-1) To Mr. Cunningham's knowledge there were no Supervisors who ever talked to the Crossing Watchmen about children getting near the tracks and train operations. (Cunningham P14 L 22-2) In the number of years Mr. Cunningham worked as a Crossing Watchman he never paid any attention to children close to the tracks. The only reason his not being concerned being his keeping an eye on the trains. (Cunningham P14 L 3-9) The three crossings where Watchmen were employed were Cherry Street, Cascade Street and Cranberry Street (Cunningham P 15 L 12-14) the reason for the Watchmen was due to there being schools near the crossings. (Cunningham P 15 L 15-17) Mr. Cunningham was totally unaware of the Norfolk Southern Six Tenets of Safety. (Cunningham P17 L 3-8) On a different view of the responsibilities of the crossing watchman, Mr. Robert E. Rockey employed December 1, 1969 as a Route Clerk. (Rockey P 4 L 9) Mr. Rockey was employed as Extra Crossing Watchman for the period years '83, '84. '85 and '86 and in '93 came back to crossing watchman.(Rockey P 7 L 9-18) A PUC Order required a crossing watchman if so many students were to cross the tracks. (Rockey P 8 L 9-12) Our responsibility was to get the kids across the tracks and see that no one was injured. (Rockey P 8 L 17-21) In the year 2000 the tracks along West 19th Street were removed due to a change in operations to Conrail trackage. (Rockey P 9 L 20-24) While Mr. Rockey was working they would have safety training sessions. (Rockey P 13 L 3-4) The training was more of a Hazardous Materials (HAZ MAT) training session. If one would see a car with the HAZ MAT marking and you would see it leaking you would let the police or railroad know about it quickly (Rockey P13 L 6-16) Training was limited and very simple. The Watchman would watch another do his job and then catch on quickly. A basic thing. (Rockey P 14 L 1-17) There were no written instructions for the position of Crossing Watchman other than a notice in the shanty years ago. Do not know what happened to them (Rockey P 15 L 25-5 and L 8-10) Mr. Rockey had seen on a couple of occasions kids on bicycles being towed by the train.(P 17 L 1-6) In one instance Mr. Rockey pulled a kid away from the train and yelled at another and he stayed away. (Rockey P 17 L 7-10) There were no Supervisors present to report the incident to. One

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page six, contd

could only attempt to get a name and make a record of it in the event a Supervisor inquired. (Rockey P 17 L 14-22) Recalls that Supervisors may have come to the area and indicated what they should do in attempting to be aware of children near the tracks or trains running thereon. (Rockey P 18 L 4-16) Mr. James L. Baskins who was in charge of the Crossing Watchmen began his career with N&W Railroad a predecessor to Norfolk Southern. Mr. Baskins was a Terminal Supervisor for maintenance of way (Track) and was based in Conneaut, OH. Mr. Baskins personally inspected the track along west 19th Street on a weekly basis. (Baskins P 11 L 1-4) He clearly understood the job activity of the crossing watchmen in Erie, PA. (Baskins P 13 L 15-19) The inspections were made from a High Rail Vehicle which would give him a general look at the trackage and the area surrounding the track. (Baskins P15 L 8-9) Mr. Baskins was of the opinion the training of the crossing watchmen was only "on-job-training". To his knowledge there were no written instructions.(Baskins P17 L 9-13) The only training per se was at Conneaut, OH held by the Trainmaster and involved union employees. (Baskin P 19 L 7-19) In Mr. Baskins opinion there was not any concern by N&W or NS for the safety of children who may be near trains of the carrier. (Baskins P 22 L 11-16) Mr. Baskins could not recall any signage in the area to alert children of any danger. (Baskins P 22 L 17-20)

In the review of Depositions and/or statements from Norfolk Southern Railroad Officers employees it is strange and significant they were totally unaware of the Playground area along the tracks which would be occupied by children. On the other hand, each Officer and/or employee of the carrier was familiar with the Cemetery located in the area.

The investigation report filed in this matter reflects numerous witnesses from the populated area who were contacted and they reflected upon the serious situation of children playing in the area of train tracks. The numerous incidents reported would indicate there was a serious problem in the area of West 19th Street. It is unconscionable for the railroad to say they had no notice of children playing in the area. Train Crews and Officials of the carrier are charged with the responsibility of reporting such sightings to the train dispatcher and him, to the police of the city. There is no question the railroad knew or should have known of this serious and dangerous problem.

## WHAT SHOULD HAVE BEEN DONE

Shoulder Rumble Strips (SRS) have been widely tested in many states to reduce accidents and alert drivers of the edge of the roadway. The Federal; Highway Administration has assembled data of this nature which includes the testing of bicyclists who travel on highways, etc. In 2000 the Pennsylvania Transportation Institute relied upon the project by Elefteriadou et al. to develop new SRS configurations that decrease the level of vibration experienced by bicyclists while providing an adequate amount of

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page seven, contd

stimulus to alert inattentive or drowsy drivers. Six configurations were tested by 25 intermediate and advanced bicyclists. The researchers recommended the adoption of two new bicycle-tolerable rumble patterns, one for the non-freeway facilities operating near 88 kph (55 mph) and the other for those operating 72 kph (45 mph)

Mr. James A. Guarino of Guarino Enterprises has prepared a report on the cost, application and duration of installing striping, warning signs and rumble strips of a nature similar to and as outlined in the study above referred to. The plan submitted would allow the rumble strips to be placed along the 1.2 miles of track on West 19th Street from Peach Street to Raspberry Street. In my opinion the installation of rumble strips would have prevented children from riding bicycles along the side of the train and avoid injury as was sustained by Mr. Nixon. Also the installation of yellow strips along with signs between the rails indicting DANGER – NO BIKES would be an excellent deterrent. The cost of such installation would be estimated at $7,920.80 This figure, $7,920.80 is the initial cost and when averaged out, the cost per year would be approximately $3,500.00 per year.

In my opinion the installation of the rumble strips would have prevented the condition which existed at West 19th Street in Erie, PA. When riding a bicycle myself I would always seek out a smooth area to ride. Avoiding any rough terrain and/or uneven ground was important. In my opinion any cyclist, young or older, riding along a street would completely avoid any contact with so-called rumble strips. The signage would also alert the rider to a dangerous area.

## OPERATING RULES

### General Rules

Safety is of the first importance in the discharge of duty.
Obedience to the rules is essential to safety.

A. Employees whose duties are prescribed by these rules
   must provide themselves with a copy.

B. Employees must be conversant with and obey the rules
   and special instructions. If in doubt as to their meaning,
   employees must apply to the proper authority for an
   explanation.

GR-9(a) Members of the crew must observe the condition
   of their train and inspect it at frequent intervals while it
   is moving. When practicable, they will look back at the
   track frequently to see if damaged by dragging equipment and

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page eight, contd

also at block signals and roadway structures to see if they have
been struck by protruding from their train.

**GR 27.** Undivided attention to duty is required. While on duty,
employees must not engage in and activity that will interfere
with or distract their attention from their work.

## CONDUCTORS

**581.** Conductors have charge of trains to which they are assigned
and of all employees thereon. They are responsible for safe and
proper management of their trains, for protection and care of
passengers and property, for performance of duty by train employees,
and for observance and enforcement of all rules and instructions.

**593.** Conductors will occupy a window seat in the operating compartment
of the controlling lead unit of moving freight trains unless otherwise
instructed by a division officer.

## ENGINEERS

**600.** Engineers are directly responsible to and must obey the orders of
Division and Terminal Officers. Within shop limits they are under the
direction of shop supervisors. They will obey the instructions of
yardmasters and of their conductors with respect to the general management
of their trains.

## NORFOLK SOUTHERN
## SIX POINT ACTION PLAN
## FOR SAFETY OF OPEATIONS

### STATEMENT OF POLICY
### SAFETY

1. All injuries can be prevented.

2. All exposures can be safeguarded.

3. Prevention of injuries and accidents is the
responsibility of each employee.

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page nine, contd

4. Training is essential for good safety performance.

5. Safety is a condition of employment.

6. Safety is good business.

## OPINIONS

1. Norfolk Southern Railroad was negligent in failing to maintain the segment of railroad known as the West 19th street track in a manner to prevent accidents which were known to occur.

2. Norfolk Southern Railroad was negligent in the maintenance of the West 19th street track located within a residential and industry area.

3. Norfolk Southern Railroad was negligent in maintaining the West 19th street track in a condition which would deter children from playing along the tracks.

4. Norfolk Southern Railroad was negligent in the operation of trackage on West 19th Street in a manner that totally disregarded the presence of children who were known to play on and near the tracks.

5. Norfolk Southern Railroad was negligent in the operation of their trackage at West 19th Street by failing to display any signage to warn children of the danger of playing on or near railroad tracks.

6. Norfolk Southern Railroad was negligent in failing to recognize the danger involved in placing a track structure in the middle of a city street and failing to install signage to warn of the danger that was present.

7. Norfolk Southern Railroad was negligent in failing to recognize the danger of placing railroad tracks within a residential and industry area and failing to install a type of rumble strip and warning signage between and along both sides of the track to prevent children from riding bicycles along the edge of the track and/or next to a moving train. The rumble strips would have prevented Robin Nixon's accident.

8. Norfolk Southern Railroad was negligent in failing to properly install and maintain proper warning striping along the street surface to warn children and traffic of there being dangerous railroad track in close proximity.

Mr. Tibor Solymosi, Esquire
Nixon vs. Norfolk Southern
February 16, 2007
Page ten, contd

9. Norfolk Southern Railroad was negligent in failing to properly train their employees to watch and direct children away from tracks and have in place and/or initiate accepted methods and procedures to reduce or eliminate accidents which would or should have been known to occur.

10. Norfolk Southern Railroad was negligent in failing to provide a minimum amount of training for Crossing Watchmen in place to guard children in their passing over the tracks in three locations on West 19th Street.

11. Norfolk Southern was negligent in the training and application of the Operating Rules of their employees in the instant train operation.

12. Norfolk Southern was negligent in that it is clear following my review and research of the Operating Rules as above outlined, Norfolk Southern Railroad through its employees exhibited a complete disregard for a risk which was clearly known to them.

13. In my opinion the annual cost of $3,500.00 to install and maintain rumble strips along the area of West 19th Street where the accident occurred would have been a small and reasonable expense compared to the risk presented by Norfolk Southern Railroad to children in the area.

14. It is my further opinion that the conduct of Norfolk Southern Railroad through its employees Engineer Timothy J. Price and Conductor Robert B. Glenn above referenced directly and proximately contributed to the serious injury to Robin Nixon on April 27, 1997 on the West 19th Street track at Erie, Pennsylvania.

My opinions are to a reasonable degree of railroad certainty

I reserve the right to amend this report if and when additional information and/or material facts are furnished the undersigned.

Respectfully,

August W. Westphal, President
T. O. P. of Ohio, Inc.

cc: file

**Tab H**
**Westphal Deposition Ex. 7 - A. Westphal**
**Supplemental Expert Report (2/16/07)**

# Transit Operations & Personnel Guidance of Ohio, Inc.

P.O. Box 39146
North Ridgeville, Ohio 44039
(440) 327-7125 • FAX (440) 327-0362
e-mail: whiteywestphal1@aol.com

**A. W. WESTPHAL**
President

February 16, 2007

Mr. Tibor Solymosi, Esquire
**SEGAL & SOLYMOSI**
Attorneys at Law
818 State Street
Erie, PA 16501

Re:     **Robin Nixon vs. Norfolk Southern**

Dear Mr. Solymosi:

This amendment is concerned with my report this date in the above captioned matter. You will recall I had reserved the right to amend my report in the event additional information or facts were presented to me.

I have now reviewed the Draft Environmental Impact Statement included with F.D. No. 33388 the "Proposed Conrail Acquisition" involving Norfolk Southern and CSX railroads. I would point to the **Pedestrian Safety** as follows:

> The proposed increase in NS trains throughout the residential area of 19th Street and the lack of barriers to prevent public access to the tracks would affect pedestrian safety. For example, 76 residences and 30 industrial/commercial businesses between Peach and Raspberry Streets are located adjacent to the 19th Street line. In addition, eight area schools are located within 1200 feet of the main line.

This language from the Surface Transportation Board stands out inasmuch as the trackage at West 19th Street is directly affected not only in the Merger Proposal but also in the instant accident to Robin Nixon.

Please consider this amendment as a part of my Report dated February 16, 2007

Respectfully,

August W. Westphal, President
T. O. P. of Ohio, Inc

cc: file

PENGAD 800-631-6989
Westphal
DEPOSITION
EXHIBIT
7

**Tab I
Westphal Deposition Ex. 8 -
A. Westphal Typewritten Notes**

**ROBIN NIXON vs. Norfolk Southern Railroad**

Conductor, Robert B. Glenn – Engineer, Timothy T. Price

Date of Accident April 27, 1997            First Contact  March 27, 2006

T. O. P. Organized February, 1987          Sixteen Cases pending (69 RR- 49 FELA)

1988 New York Supreme Court                  Camacho v. CR
New York

1994 U. S. District Court, Akron, Ohio       Marcos v. Freightways Corp
Ohio

1995 St. Louis, MO State Court               Clark V. BN Railroad
Missouri

1995 U. S. District Court, Toledo            Springston v. Conrail
Ohio

                                                                    ++
1996 St. Louis State Court                   Stubbs v. SL-SW Railroad
Missouri

*1997 Sedgwick County Court, Wichita         Stark v. Kansas Southwestern
Kansas

*1998  General Court of Justice, Superior Court    Simmons v. CSX Transp.
North Carolina

*1998 Superior Court of California, City of LA     Heck v. Southern Pacific RR
California

*2000 Cook County Court, Chicago             Miotti v. Union Pacific Railroad
Illinois

*2000 Alexandria VA Court, Alexandria, VA    Subtle v. CSX Railroad
Virginia

*2002 Anoka County Court, Anoka, MN          Bach v. Soo Line
Minnesota

*2005 Superior Court of California-County of LA    Woods v. Union Pacific RR
California

(*) Trial Testimony in last 10 years.


DEPOSITION
EXHIBIT

**Tab J**
**Westphal Deposition Ex. 9**
**Norfolk Southern Consist for**
**Train Y47 62 26(4/27/97)**

THIS TRAIN CONTAINS THE FOLLOWING "KEY-TRAIN" HAZARDOUS MATERIALS LOADS:

```
*************************************************************************
*                                                                       *
*                                    IN              SET-OUT/PICK-UP     *
*                                   TRAIN                                *
* POISON INHALATION HAZARD (HZ A OR B)   0 (PIH)   ____ ____ ____ ____   *
* DIVISION 1.1 OR 1.2 (EXPLOSIVES A)     0 (XA)    ____ ____ ____ ____   *
* DIVISION 2.1     (FLAMMABLE GAS)       0 (FG)    ____ ____ ____ ____   *
* ENVIRONMENTALLY SENSITIVE CHEMICALS    0 (ESC)   ____ ____ ____ ____   *
*                                                                       *
*                                  TOTAL:  0       ____ ____ ____ ____   *
*************************************************************************
```

```
L2  OUT  BELLEVUE  OH      00248 0345A
L2  IN   CONNEAUT  OH      00116 0825A
CAR HANDLING REPORT FOR TRAIN Y47-L2-26   DIRECTION: OUT     PAGE 01 OF __
    DEPARTED  BELLEVUE OH  04/27/97 06:25 AM       PRINTED 04/27/97 09:01 AM
CONDUCTOR:                          ON DUTY: _____  OFF DUTY: _____
153 CARS = 153 LDS   000 MTYS   19,376 TONS   7,818 FEET  **CARS SET OUT**
LNE INIT NUMBER CMDTY TON CLASS   HAND CONSIGNE DEST/OFFJCT TIME  TRACK LINE
```

| LNE | INIT | NUMBER | CMDTY | TON | CLASS | HAND | CONSIGNE | DEST/OFFJCT | TIME | TRACK | LINE |
|-----|------|--------|-------|-----|-------|------|----------|-------------|------|-------|------|
| 000 | NS | E08669 | E | | 000 | | | | ____ ____ ____ | | | |
| 000 | NS | E06620 | E | | 000 | | | | ____ ____ ____ | | | |
| 000 | NS | E08594 | E | | 000 | | | | ____ ____ ____ | | | |
| 001 | NW | 116047 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 002 | NW | 008819 | BCOAL | 122 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 003 | NS | 324998 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 004 | NW | 005353 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 005 | NW | 166203 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 006 | NW | 009156 | BCOAL | 122 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 007 | NW | 006792 | BCOAL | 123 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 008 | NS | 307337 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 009 | NW | 145002 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 010 | NW | 144274 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 011 | NW | 011565 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 012 | NS | 320433 | BCOAL | 125 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 013 | NS | 366001 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 014 | NS | 307892 | BCOAL | 128 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 015 | NW | 013625 | BCOAL | 126 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 016 | NW | 120225 | BCOAL | 127 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 017 | NW | 003216 | BCOAL | 126 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 018 | NS | 317496 | BCOAL | 129 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |
| 019 | SOU | 360495 | BCOAL | 124 | BUFFSB | | TONCOKE | BUFFALO NY | ____ ____ ____ | | |

Westphal
DEPOSITION
EXHIBIT
9
PENGAD 800-631-6989

```
021 SOU   360012 BCOAL 129 BUFFSB       ABCCOKE  NORTHBIR AL
022 NW    012524 BCOAL 126 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
023 NS    337088 BCOAL 127 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
024 NS    316903 BCOAL 130 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
025 NW    012805 BCOAL 128 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
026 NW    003315 BCOAL 125 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
027 NW    009635 BCOAL 126 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
028 NW    145923 BCOAL 130 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
029 NW    014627 BCOAL 127 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
030 NW    145339 BCOAL 137 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
031 NS    039063 BCOAL 135 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
032 NS    022842 BCOAL 139 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
033 NS    032443 BCOAL 132 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
034 NS    028412 BCOAL 135 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
035 NS    028672 BCOAL 135 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
036 NW    145486 BCOAL 130 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
037 NW    005027 BCOAL 128 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
038 NW    003105 BCOAL 129 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
039 SOU   360509 BCOAL 131 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
040 NW    013913 L     130 BUFFSB       BETSTEEL BUFFALO  NY  ____ _____ ____
041 NS    312579 BCOAL 123 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
042 NW    119286 BCOAL 125 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
043 NW    006675 BCOAL 123 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
044 SOU   077798 BCOAL 128 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
              RESTRICTED TO EMPTY MOVE ONLY. IF LOAD CALL MECH TO INSPECT.
045 NW    146059 BCOAL 128 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
046 NW    009148 BCOAL 123 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
047 SOU   360612 BCOAL 127 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
048 NW    005483 BCOAL 127 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
049 NW    006702 BCOAL 126 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
050 NW    093706 BCOAL 125 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
051 NW    119039 BCOAL 126 BUFFSB       TONCOKE  BUFFALO  NY  ____ _____ ____
```

| 054 | SOU | 360056 | BCOAL | 127 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 055 | SOU | 351588 | BCOAL | 133 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 056 | NW | 146021 | BCOAL | 132 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 057 | NS | 318701 | BCOAL | 129 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 058 | NS | 317857 | BCOAL | 130 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 059 | NW | 144621 | BCOAL | 130 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 060 | NS | 351545 | BCOAL | 135 | BUFFSB | TONCOKE | BUFFALO | NY | ____ | _____ | ____ |
| 061 | NS | 032005 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 062 | NW | 005944 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 063 | NW | 006705 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 064 | NS | 305087 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 065 | NW | 011260 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 066 | NW | 146242 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 067 | NW | 003484 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 068 | NW | 117334 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 069 | NW | 144360 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 070 | NW | 013118 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 071 | NW | 146410 | BCOAL | 134 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 072 | NW | 093455 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 073 | NW | 117654 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 074 | NS | 317770 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 075 | SOU | 360976 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 076 | NW | 012104 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 077 | NW | 145878 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 078 | NW | 145983 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 079 | NW | 143049 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 080 | NS | 320200 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 081 | NS | 312684 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 082 | NS | 333276 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 083 | NW | 009492 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |
| 084 | NW | 009993 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ | _____ | ____ |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 086 | NW | | | | | | | | | |
| 087 | NS | 320509 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 088 | NW | 144254 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 089 | NW | 009585 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 090 | NW | 116476 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 091 | NW | 011049 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 092 | NS | 304826 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 093 | NW | 145227 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 094 | NW | 004655 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 095 | NW | 146119 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 096 | NW | 010391 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 097 | NS | 331748 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 098 | NS | 337070 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 099 | NW | 146127 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 100 | NS | 310833 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 101 | NS | 319857 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 102 | NW | 010627 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 103 | NW | 144228 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 104 | SOU | 360627 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 105 | NW | 005770 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 106 | NW | 144152 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 107 | NW | 005576 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 108 | NW | 146415 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 109 | NW | 004167 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 110 | NS | 336971 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 111 | NW | 012168 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 112 | NW | 013266 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 113 | NS | 320514 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 114 | NW | 066124 | BCOAL | 111 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 115 | NW | 006993 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 116 | NW | 009839 | BCOAL | 122 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |
| 117 | NW | 005736 | BCOAL | 122 | BUFFSB | BETSTEEL | BUFFALO | NY | ____ _____ ____ |

| 120 | NS  | 336452 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 121 | NW  | 012019 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 122 | NW  | 145645 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 123 | NS  | 304233 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 124 | NW  | 008638 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 125 | SOU | 360511 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 126 | SOU | 360750 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 127 | NW  | 144613 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 128 | NS  | 303415 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 129 | NW  | 006972 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 130 | NW  | 145914 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 131 | NW  | 117894 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 132 | NS  | 375765 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 133 | NS  | 307775 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 134 | NW  | 134240 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 135 | NW  | 144964 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 136 | NS  | 319846 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 137 | NS  | 320764 | BCOAL | 125 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 138 | SOU | 360528 | BCOAL | 124 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 139 | NW  | 013862 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 140 | NS  | 028424 | BCOAL | 129 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 141 | NW  | 145635 | BCOAL | 126 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 142 | NW  | 008848 | BCOAL | 123 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 143 | NS  | 023132 | BCOAL | 133 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 144 | NS  | 031847 | L     | 129 | BUFFSB | ADMIRE   | LAMBERTS | VA | ____ _____ _____ |
| 145 | NS  | 039253 | BCOAL | 133 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 146 | NS  | 026642 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 147 | NS  | 028810 | BCOAL | 127 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 148 | NS  | 021396 | BCOAL | 134 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 149 | NS  | 030984 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |
| 150 | NS  | 026911 | BCOAL | 128 | BUFFSB | BETSTEEL | BUFFALO  | NY | ____ _____ _____ |

153 NS   023396 BCOAL 136 BUFFCO          PDCCCBIL LAMBERTP VA ____ _____ ____

|              | LOADS | EMPTIES | NET TONS | LT WT | GROSS TONS | LENGTH |
|--------------|-------|---------|----------|-------|------------|--------|
| TRAIN TOTALS: | 153   | 000     | 14769    | 04607 | 19376      | 07818  |
| AHEAD RADIO:  | 000   | 000     | 00000    | 00000 | 00000      | 00000  |

TOTALS DO   N O T   INCLUDE UNITS AND/OR CABOOSES

**Tab K**
**Westphal Deposition Ex. 10 - J. Guarino**
**Expert Report (2/12/07)**



**GUARINO ENTERPRISES**

West Hill Road
Wattsburg, PA 16442
(814) 739-5570

February 12, 2007

Tibor R. Solymosi, Esquire
Segel & Solymosi
818 State Street
Erie, Pennsylvania 16501



PENGAD 800-531-6989

Westphal
DEPOSITION
EXHIBIT
10

RE:   Nixon v. Norfolk Southern Corp., et al.
       Estimate for Striping/Rumble Strips – West 19th Street

Dear Mr. Solymosi:

You have asked me to provide you with an estimate for the costs of installing striping, warning signs and rumble strips on West 19th Street in Erie, Pennsylvania. The work would cover approximately 1.2 miles on West 19th Street from Peach Street to Raspberry Street. The purpose would be to prevent and/or discourage children from riding along the trains and grabbing onto the train in order to be pulled along the roadway.

I have compiled an estimate for the following work which includes all labor, materials and equipment:

1. Install approximately 2.4 miles of rumble strips approximately 16" to 17" long X 7" wide on 1' centers approximately .5 inches deep, the same type that you would see along shoulders on interstate highways. This would include supplying water to the rumble strip mill machine and sweeping up the milled spoils off the pavement behind the rumble strip machine. The rumble strip would have been placed parallel to the railroad tracks and approximately 72 ½ inches from the center of the track to the center of the rumble strip. Based upon my measurements of a number of rail cars, an average width of rail car is approximately 128 ½ inches. A bicycle is approximately 30 inches in width and assuming that a child would be reaching out pretty much straight forward, the center line of the rumble strip should be approximately 72 ½ inches off the center line of the track.

Cost to Install Rumble Strips . . .                    $4,970.00

2. Install a 3 ½ inch wide yellow stripe just outside of the rumble strips, along with signs between the rails indicating DANGER – NO BIKES painted in 24 inch high letters, four signs per city block, with the signs alternating so that they are legible for children traveling in both directions.

Cost to Paint Stripes and Signs . . .                    $2,950.80

TOTAL COST FOR RUMBLE STRIPS, STRIPING AND SIGNS $7,920.80

You have also asked me approximately how long the striping and rumble strips would last and provide an estimate as to how often this work would need to be done. Regarding the striping, I believe that would have to be performed on a yearly basis because of the plowing, salt wear and snow conditions.

Regarding the rumble strips, I know that the City has a constant paving renewal program going on yearly. How often blacktop paving surfaces need to be replaced is dependent on a number of factors such as the thickness of the pavement, the type of soil conditions under the pavement, drainage and traffic volume and the type of vehicles that travel on the roadway. Based upon my many years of experience in maintaining blacktop surfaces, I would estimate that the pavement on a City street could be expected to last approximately eight to ten years. I have examined the surface along West 19th Street and found it to be in excellent condition at the present time. Paved streets in the Erie area last conservatively eight to ten (8-10) years on average. Mayers Brothers Construction paved West 19th Street in 2002 after the tracks were removed. There is ample drainage and good crown to the road and good drainage and fall to the spills. The photographs you provided to me of West 19th Street when the tracks were still in place show that there was a good crown in the roadway providing good drainage away from the tracks. Based on these factors, I believe that on 19th Street in this area would last at least eight to ten years.

Taking the initial cost of milling and the yearly maintenance cost of striping, my opinion is that the present yearly cost to install the rumble strips and maintaining the striping over a nine year period would be approximately $3,503.02 per year on average. Regarding what the costs would have been in the seventies, eighties and nineties, it is my opinion that the costs would have been less than current costs and consistent with cost of living at that time.

My opinion is based on my background, experience and training in the field of asphalt patching, preventive maintenance, repairs and safety/directional striping. It is also based upon my examination of the West 19th Street area between Raspberry Street and Peach Street. I have estimated and done this type of work for over 28 years and have based these prices upon what I charge, and what is normally charged for this type of work.

I have never authored or prepared any publications or articles within the preceding ten years nor have I ever testified as an expert at trial or by deposition within the preceding four years. You and I have agreed to an

hourly compensation for my services in this matter at the rate of $25.00 per hour for preparation of this estimate and report. At this point in time, I have spent seven hours in order to prepare this report. I have attached to this report a drawing indicating what the rumble strips, striping and signage would look like as completed, and a copy of my estimate.

I hereby certify that the estimate and this report are in my opinion the fair market value for the work as stated.

With respect to my qualifications, please find attached hereto a Resume indicating my background, training and qualifications.

Sincerely,

James A. Guarino

**RESUME**

**Education**

Technical Memorial High School – graduate 1967
Gannon College – 1 year (1976-1977)

**Specialized Training**

28 years experience – asphalt repair, milling, sealcoating,
striping and power sweeping

**Employment**

General Electric welder – 15 years (1971-1986)
Guarino Enterprises – 28 years (1979 to present)

**Seminars**

Numerous seminars through Sealmaster (asphalt sealing,
striping, crack filling and repair

**Guarino Enterprises**

James A. Guarino
10859 Hill Road
Wattsburg, PA 16442
Phone (814) 825-3570
Fax (814) 825-9934

RUMBLE STRIP DIAGRAM



LOCATION DETAIL OF SONIC NAP ALERT PATTERN
SEE NOTE 4

SECTION A-A

PLAN

SECTION B-B

DETAILS OF SONIC NAP ALERT PATTERN



## ESTIMATE FOR STRIPING AND
## RUMBLE STRIPS FOR WEST 19TH STREET

**MILLING AND CLEANUP:**

| | |
|---|---|
| Milling 2.4 miles of milled rumble strips: | $3,600.00 |
| Water truck on site: | $  550.00 |
| Two Tri-axle trucks - 2 hours | $  260.00 |
| One Athey broom sweeper – 3 hours (cleanup & hauling) | $  260.00 |
| Traffic Control- 4 flagmen to direct traffic-3 hours to end of job | $  300.00 |
| TOTAL (LABOR, EQUIPMENT AND HAULING) | **$4,970.00** |

**STRIPING:**

| | |
|---|---|
| Layout line at 3 ½" wide in solid line on both outer sides of Rumble strip. Sherwin Williams Highway Traffic yellow Paint (12,672 linear feet x .15 cents /foot) | $1,900.80 |
| Layout DANGER NO BIKES-24" letters between tracks at 4 per block spacing | |
| 42 Stencils in Traffic Yellow paint | $1,050.00 |
| TOTAL STRIPING | **$2,950.80** |

| | |
|---|---|
| **TOTAL COST** | **$7,920.80** |

## AVERAGE COST OVER NINE YEARS

| | |
|---|---|
| Year One – Milling and Striping | $ 7,920.80 |
| Years Two through Nine – Striping Only | |
| Eight Times $2,950.80 | $23,606.40 |
| TOTAL COST | **$31,527.20** |

| | |
|---|---|
| **Divided by Nine years Equals a per year average of:** | **$ 3,503.02** |

 **Sorry!** When printing directly from the browser your map may be incorrectly cropped. To print the entire map, try clicking the **"Printer-Friendly"** link at the top of your results page.



All rights reserved. Use Subject to License/Copyright
These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

 **Sorry!** When printing directly from the browser your map may be incorrectly cropped. To print the entire map, try clicking the **"Printer-Friendly"** link at the top of your results page.



**START** **W 19th St & Peach St**
Erie, PA 16502, US

**END** **W 19th St & Raspberry St**
Erie, PA 16502, US

**Total Est. Time:**
4 minutes

**Total Est. Distance:**
1.25 miles

| Maneuvers | Distance |
|---|---|
| **1:** Start out going SOUTHWEST on W 19TH ST toward SASSAFRAS ST. | 1.2 miles |
| **2:** End at **W 19th St & Raspberry St** Erie, PA 16502, US | |

**Total Est. Time:** 4 minutes     **Total Est. Distance:** 1.25 miles



**Tab L**
**Westphal Deposition Ex. 11 - R. Glenn**
**Drawing of Norfolk Southern Locomotive**
**(Glenn Deposition Ex. 4)**



## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, the foregoing Appendix to Defendants' Motion to Bar August W. Westphal as Expert Witness and to Exclude Westphal's Testimony and Other Evidence in Opposition to Defendants' Motion for Summary Judgment was filed electronically with the Clerk of Court using the Electronic Case Filing system. Notice of this filing will be sent to all parties by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's ECF system.

s/ Roger H. Taft
Roger H. Taft, Esq.
