IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-101 Erie |
| | ) |
| NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

### ORDER

AND NOW, to-wit, this 20th day of November, 2007, after careful consideration and for the reasons set forth in the Opinion accompanying this Order, it is hereby ORDERED, ADJUDGED, and DECREED Defendants' Motion for Summary Judgment (**Doc. 27**) be and hereby is GRANTED.

Summary Judgment is GRANTED as a matter of law in favor of Defendants and against Plaintiff.

Defendants' motions in limine (**Docs. 42 & 44**) be and hereby are denied as moot.

The Complaint is dismissed and the Clerk of Courts be and hereby is directed to mark this case closed.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record