IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBIN NIXON, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | 1:05CV101  Erie |
| | ) | |
| NORFOLK SOUTHERN CORPORATION and NORFOLK SOUTHERN RAILWAY COMPANY, INC., | ) ) ) ) ) | |
| | ) | |
| Defendant(s). | ) | |

**O R D E R**

AND NOW, this  20th  day of November, 2007, pursuant to the opinion and order of court granting Defendants' Motion for Summary Judgement,

IT IS ORDERED that judgment shall be entered in favor of Defendants.

BY THE COURT:

s/Maurice B. Cohill, Jr.
Senior United States District Judge

ecf: counsel of record