IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN NIXON,<br>   Plaintiff,<br><br>vs.<br><br>NORFOLK SOUTHERN CORPORATION<br>and NORFOLK SOUTHERN RAILWAY<br>COMPANY, INC.<br>   Defendants. | CIVIL ACTION NO. 05-101 ERIE<br><br>JUDGE MAURICE B. COHILL |

## NOTICE OF APPEAL

Notice is hereby given that Robin Nixon hereby appeals to the United States Court of Appeals For The Third Circuit from the Judgment entered in this matter of November 21, 2007.

Dated:

/s/ Tibor R. Solymosi
Tibor R. Solymosi, Esquire
SEGEL & SOLYMOSI
818 State Street
Erie, Pennsylvania 16501
Phone: (814) 454-1500

Counsel for Appellant

Roger H. Taft, Esquire
MacDONALD, ILLIG, JONES
  & BRITTON
100 State Street, Suite 700
Erie, Pennsylvania 16507
Phone: (814) 870-7711

Counsel for Appellee